

RECEIVED
APR 2 2 2008
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Joseph L. Pinson Plaintiff(s)

vs

Will County States Attorney Office Law Office of Mitchell, Bolden, & Amy Melton, Shorewood Police, Ryan Mark Bruemmer, Phillip Peter Pilon Office of Phelan, Nolan and Steve Landis and Law Office of Chrystel Gavlin, Judge Marzell Richardson Defendant(s)

08CV2284
JUDGE KENDALL
MAG. JUDGE SCHENKIER

## COMPLAINT

The Will County States Attorney Office, under Jeff Tomzcah, knowingly, maliciously and willfully violated the civil rights of Joseph L. Pinson under U.S Status the IV and XIX amendment.

1. The Will County States Attorney Office, thru numberous of assistant procesecutors, persisted in the procesecution of Case 03DT366 and 03TR25099-106 with the knowledge of perjury, swormed affidavits from the Shorewood Police Department.

2. That the States Attorney Office continued to issue warrants on Case 03DT366, that were dismiss on April 21, 2003 and that on January 29,2007 was falsely arrested on two warrants.

3. That the States Attorney Office and court, has issued false OP petition violation of Joseph L. Pinson, solely owned private property and arrested.

4. The States Attorney Office and Court on August 13, 2004 denied Joseph L. Pinson to change his guilty plea, after the instruction of Judge Marzell Richardson on April 21, 2004 of a 30 day filing notice to change a plea of not guilty.

5. On August 13, 2004, Judge Marzell Richardson order was change from guilty plea, to vacate guilty plea, preventing the case to be tried by a jury.

6. On June 18, 2008, Petition the Court on the motion file, to review case 03DT366 and 03TR25099-106 that was dismiss on April 21, 2004 Judge Burnett denied the motion, inaddiction to a revision to the guilty plea. Prevented a trial by jury.

7. On July 16, 2007 The Court Chief Justice, Motion was denied to have a jury trial.

8. The Shorewood Police Department , has constantly committed civil right violations, submitted perjury swormed affidvits of traffic violation and elevated felony charges to the Will County States Attorney.

9. Shorewood Police, has comitted breaking and entering without authorized permission of Joseph Pinson private property, towing trailer, seizure of private vehicles, harassement, racial discrimination,false statement of being armed and dangerous, drawing and pointing their service revolver at his head.

10. Ryan Mark Bruemmer, with the assistance of the Shorewood Police submitted perjury swormed affidavits to the States Attorney, in support of a conviction.

11. Phillip Peter Pilon, with the assistance of the Shorewood Police submitted perjury swomed affidavits to the States Attorney, in support of a conviction
12. Mitchell, Bolden, Ballantine and Amy Melton Law Firm was hired to represent Joseph L. Pinson in case 03DT had knowledge of perjury documents submitted by the Shorewood Police Department to the States Attorney Office for a felony conviction.
13. Mitchell, Bolden, Ballentine and Amy Melton, never disclosed any material documents to Joseph Pinson during the duration of the pre-trial proceedings.
14. Mitchell, Bolden, Ballentine and Amy Melton, turned over police documents to Joseph L. Pinson on May 10, 2007.
15. Phelan, Nolan and Steve Landis Law Office, was hired to represent Joseph L. Pinson on July 3, 2004 on the same case 03DT366 after Judge Richardson denied the right to a jury trial on August 13, 2004 did not filed an appeal on the Judge decision. Also, Steve Landis had knowledge of the case in 2003, while working as a prosecutor for the States Attorney Office. Steve Landis, was knowledgeable of the false documents submitted by the Shorewood Police Department.
16. Attorney Chyrstel L. Galvin, was hired on March 8, 2004 to represent Joseph L. Pinson on a false traffic violation of driving of a suspended license by the Shorewood Police from March 18, 2004. to August 9, 2005 to a false arrest on January 29,2007.
17. Attorney Galvin, work with the Village of Shorewood Attorney for a conviction on case 04TR02965, inwhich Attorney Galvin work for the States Attorney Office were as Attorney Galvin was the prosecutor in another false case charged against Joseph L. Pinson. The Village of Shorewood Attorney are also prosecutors for the States Attorney Office.
18. Joseph L. Pinson, is asking the court for the relief for damages of the loss of income since year 2003 to the present, force sell of the property at 1106 Geneva, the loss of my CDL License that have preventing my employment with Local Union No.9 IBEW inwhich is a requirement for employment, and the Shorewood Police had racial motivation to have Joseph L. Pinson out of the Village Of Shorewood were as Joseph L. Pinson have lived in the community since 1998.

Exhibit A

**Mitchell, Bolden & Ballentine, P.C.**

54 N. Ottawa St., Suite 245
Joliet, Illinois 60432
Office (815) 723-2895
Fax (815) 723-5136

RECEIVED

APR 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ERIC A. MITCHELL
RAYMOND A. BOLDEN
WARREN BALLENTINE
DALETA MITCHELL
AMY MELTON
SHAVEDA SCOTT

November 10, 2003

Mr. Joseph Pinson
1106 Geneva Street
Shorewood, IL 60431

Dear Mr. Pinson:

Per our conversation, I am writing you concerning my intention of withdrawing from your pending cases on which we currently represent you. Enclosed are copies of the Motions to Withdraw. To insure proper notice of any action on your cases, you should retain other counsel or file with the clerk of the court within 21 days after entry of my motion to withdraw a supplemental appearance stating at which address you can be located.

As for as your concerns about your driver's license, you, by law, can apply for a Restricted Driver's Permit, but not until two years after your suspension started. (I believe the date was April 30th). The application must be done through the Secretary of State and it is a good idea to have counsel represent you for that. You are not eligible, as I told you before, for a Judicial Driving Permit.

I have thoroughly reviewed your DUI case and have researched case law which applies to your situation. Unfortunately, in looking at the facts of your case and discussing them with the attorneys at this firm, we do not have a meritorious pre-trial motion. For instance, even though the Shorewood officers, in my opinion, did not otherwise have a good reason to stop you, the fact that you did not stop, gave them a reason to stop you. The leading case on this is People v. Thomas (Illinois Supreme Court), which states that even though a police officer may not have a legal reason to stop someone, if the person fails to stop, the police then have a reason to stop him or her. Please call this office if you have any questions.

Sincerely,

Amy Melton
Attorney at Law

AM:wl

H/C 3/18 Exh. A + B

# SHOREWOOD POLICE DEPARTMENT

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

Case Number: 03-03[illegible]

Name of Detainee: PINSON JOSEPH L DOB: 03-07-47

Offense(s): AGGRAVATED FLEEING AND ELUDING, ATTEMPTED AGGRAVATED ASSAULT TO A POLICE OFFICER x2, DUI, RECKLESS DRIVING, RESISTING ARREST, ILLEGAL TRANSPORTATION OF ALCOHOL, DISOBEYED STOP SIGN x4

Name of Detainee: ______ DOB: ______

Offense(s): ______

Name of Detainee: ______ DOB: ______

Offense(s): ______

The undersigned officer, under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to 720 ILCS 32-2, hereby certify that he/she is a law enforcement officer employed by a law enforcement agency within Will County, Illinois and that he/she has reviewed and signed the attached reports prepared by him/her and upon information and belief the information contained in the reports is true and correct to the best of his/her knowledge at this time and the said reports were prepared during the normal course of an official law enforcement investigation and the said reports are hereby incorporated into and made a part of this affidavit to support a finding of probable cause to believe the above captioned detainee(s) have/has committed the above-named offense(s).

[signature]
Officer's Signature

205
Badge #

BRIAN POULSEN
Officer's Printed Name

SHOREWOOD
Department

**Case Number: 03-03-002298** **Case Report**

Reporting Officer
**705 Brian J. Poulsen**

Reported / Current Status

**Assisting Officer(s)**
709 Martin W. Richarte
760 Robert C. Reichenbach

Reported To S

Means

A1-(F) DUI/AggFleeing,Eluding

Category **PRINTS AND PHOTO**

| | | |
|---|---|---|
| **OFFENSE:** | **2410** | **Driving Under the Influence Alcohol** |
| Statute | | **625 ILCS 5/11-501** |
| Place | | **311 Roads - Other** |
| Crim Activity | | **O Operating/Promoting/Assisting** |
| **OFFENSE:** | **6605** | **Traffic Sign Violations** |
| | | Disobeyed Stop Sign (4x's) |
| Statute | | **625 ILCS 5/11-1204b 1204c** |
| **OFFENSE:** | **2495** | **Flee or Attempt to Elude Police Officer** |
| Statute | | **625 ILCS 5/11-204** |
| **OFFENSE:** | **2440** | **Reckless Driving** |
| Statute | | **625 ILCS 5/11-503** |

- continued

# SHOREWOOD POLICE DEPARTMENT

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## WRITTEN STATEMENT

CASE NUMBER 03-03-[illegible]

1. NATURE OF INVESTIGATION DUI / AGGRAVATED FLEEING AND [illegible]
2. STATEMENT OF (Last, First, Middle) BRUEMMER, RYAN MARK
3. DATE OF BIRTH 11/25/74 AGE 28 SEX M [ ] COMPLAINANT [ ] WITNESS [ ] SUSPECT
4. HOME ADDRESS 21510 NADIA DR PHONE (815) 744-3132
5. EMPLOYMENT (OCCUPATION & LOCATION) CARPENTER PHONE (815) 791-3240
6. LOCATION OF STATEMENT Shorewood Police Dept. DATE & TIME STARTED 3/16/03 10:00 A.M
7. OFFICER TAKING STATEMENT (if other than signature at bottom, please sign) Sgt. R. Reichenbach

I Ryan Mark Bruemmer, having been duly advised that I need not make this statement and that it may be used against me in any proceeding, civil or criminal, declare that the following statement is given freely and voluntarily, without promise of benefit, or threat or use of force or duress, do proceed to state as follows:

8. STATEMENT

I TURNED SOUTH ON RT. 59 FROM BLACK RD. I WAS DIRECTLY BEHIND A BLACK DODGE FULL SIZE PICK UP. THE TRUCKS RIGHT SIDE TIRES WENT OFF OF THE ROAD ON THE RIGHT SIDE (ABOUT HALF OF THE VEHICLE WAS OFF THE ROAD AT THIS TIME) THE TRUCK THEN CUT BACK ON TO THE ROAD SHARPLY AND INTO ONCOMING TRAFFIC. THE TRUCK WENT OFF THE ROAD TWICE AND INTO ONCOMING TRAFFIC TWICE BETWEEN BLACK ROAD AND JEWEL ON THE CORNER OF RT 59. AND RT. 52. AFTER HE TURNED ONTO RT 52. THE TRUCK THEN WAS GOING UP THE HILL IN THE

9. I have read this statement, consisting of 2 pages, given by me or have had it read to me. I fully understand it and certify that it is true and correct to the best of my knowledge and recollection.

Ryan Bruemmer
Signature of ~~Person~~ Giving Statement

3/16/03 10:15
Date & Time Ended

Page 1 of 2

Name and Signature

Robert Reichenbach #760
Name and Signature

# WRITTEN STATEMENT

Page 2 of 2

CASE NUMBER 03-03-002298

TURN LANE AND HAD TO CUT BACK ONTO THE ROAD AT THE LAST SECOND TO GET OUT OF THE TURN LANE. THE TRUCK WAS WEAVING BACK AND FORTH UP THE HILL AND TURNED RT. INTO THE PARKING LOT ~~@~~ AND HE STOPPED IN FRONT OF CONSUMERS LIQUORS STORE. IT WAS AT THIS TIME THAT I CALLED 911 AND TOLD THE OPERATOR WHAT I HAD SAW.

# SHOREWOOD POLICE DEPARTMENT

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## WRITTEN STATEMENT

NATURE OF INVESTIGATION DUI. AGGRAVATED FLEEING AND ELUDING CASE NUMBER 03-03-00898

STATEMENT OF (Last, First, Middle) PILON PHILLIP PETER

DATE OF BIRTH 4/29/48 AGE 54 SEX M [ ] COMPLAINANT [x] WITNESS [ ] SUSPECT

HOME ADDRESS 317 S. BRIGGS ST PHONE 8157221141

EMPLOYMENT (OCCUPATION & LOCATION) LATHER PILON LATH & PLASTER PHONE 8157234169

LOCATION OF STATEMENT POLICE DEPT DATE & TIME STARTED 3/15/03

OFFICER TAKING STATEMENT (if other than signature at bottom, please sign) Sgt. R. Reichenbach #760

Phillip P. Pilon, having been duly advised that I need not make this statement and that it may be used against me in any proceeding, civil or criminal, declare that the following statement is given freely and voluntarily, without promise of benefit, or threat or use of force or duress, do proceed to state as follows:

STATEMENT

I SAW 3 POLICE CARS PULL OVER A DARK PICKUP. ONE LEAD POLICE CAR THEN PICKUP AND 2 POLICES CARS BEHIND. OFICER IN LEAD CAR STOOD BY HIS CAR. OFICER IN FIRST REAR SQUAD APPROACHED PICKUP. OFICER IN 2 REAR CAR WAS BY HIS CAR. OFICER THAT APPROACHED CAR SEAMED TO BE TALKING TO PICKUP DRIVER. AS HE WAS TALKING BOTH OTHER OFICERS STARTED TO APPROACH. THEN THE PICKUP STARTED TO TAKE OFF. I SAW THE OFICER THAT WAS TALKING TO PICKUP DRIVE HANGING ON THE MIRROR AS THE PICKUP WAS DRIVING AROUND THE LEAD SQUAD CAR ALMOST HITTING OFICER IN LEAD SQUAD CAR THAT HAD APPROACHED. THE OFICER LET GO OF THE MIRROR WHEN THE PICKUP

I have read this statement, consisting of 2 pages, given by me or have had it read to me. I fully understand it and certify that it is true and correct to the best of my knowledge and recollection.

Phillip P. Pilon — Signature of Person Giving Statement

3/15/03 — Date & Time Ended

Page 1 of 2

Name and Signature

Sgt Robert Reichenbach #760 — Name and Signature

# WRITTEN STATEMENT

Page 2 of 2

CASE NUMBER 03-03-00

WAS GOING AROUND THE PASSENGER OF LEAD SQUAD. THE PICKUP TURNED LEFT ON RAVIN AND KEPT GOING. THE OFICERS THAT WERE INVOLVED RAN BACK TO THIER SQUADS WHEN THE PICKUP TOOK OFF AND THEN FOLLOWED.

THE INCIDENT HAPPENED ALMOST ACCROS FROM THE POLICE STATION. ALL VECHILES WERE GOING OUT OF SCHOREWOOD ON JEFFERSON.

I ALSO NOTICED THAT THE DRIVER OF THE PICKUP ROLEED DOWN HIS WINDOW JUST A LITTLE.

03/18/2003 ... Shorewood Police Department Page 1

**Case Number: 03-03-002298** Supplemental Follow Up

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Initial Case Reporting Officer
**705 Brian J. Poulsen**

Reported / Current Status
03 Cleared by adult arrest

A1(F)-DUI,Agg Fleeing, Agg Bat

Category **PRINTS AND PHOTO**

Location **Highway**
Route 52 @ Earl Rd
**Shorewood, IL 60431**

Beat **01** Subbeat

Occurred **03/15/2003** **Saturday** **15:25**
To **03/15/2003** **Saturday** **15:25**

**Supplemental Follow Up**

Officer **709 Martin W. Richarte** Date **03/15/2003**

On 03/15/03 at 1525 hours, I responded to a report of a DUI Driver heading west on Rt. 52 (Jefferson Street) from Rt. 59. While en route, WESCOM Dispatching Center advised the subject was driving a black Dodge pickup truck licence plate number 562PC. WESCOM also advised the truck was now parked in the Shorewood Plaza in front of Consumer Liquors.

Upon arrival, I observed a M/B subject getting back in his vehicle and begin to leave the parking lot. The black Dodge pickup proceeded westbound on Rt. 52 with Sgt. Reichenbach, Officer Poulsen and I following. I activated my emergency lights & siren and followed Sgt. Reichenbach and Officer Poulsen west on Rt. 52. The black Dodge pickup stopped at Rt. 52 and Earl. Sgt. Reichenbach and Officer Poulsen approached the vehicle and instructed the subject to turn off the vehicle and exit immediately.

The black Dodge pickup truck drove off nearly striking Sgt. Reichenbach and Officer Poulsen as the driver traveled from west on Jefferson Street to south on Earl Road. Shorewood Police units continued south on Earl Road at speeds over 50 miles per hour. We then turned west on Geneva Street, where the black Dodge pickup ran through the stop sign and crossed into the other lane. While heading west on Geneva street we traveled between 50 and 55 miles per hour. We approached River Road where the black Dodge ran through the stop sign and proceeded north on River Road into the left turn lane. We approached the intersection of River Road and Rt. 52, where the black Dodge proceeded through the intersection without stopping for the stop sign. While traveling north on River Road, the driver struck the right lane curb at River Road and Home Court, as well as River Road and Harvest Lane. While heading north on River Road, the driver's right wheels went off the road at River Road and Ridge Road. We continued north on River Road and approaching Black Road. The subject did not make a complete stop at the stop sign at Black Road & River Road. The driver then proceeded east on Black Road crossing into the oncoming lane. The subject was stopped at Black Road and Rt. 59 in the right turn lane by traffic. Sgt. Reichenbach parked his squad car in front of the subject. I parked behind the subject and exited squad # 81. Sgt. Reichenbach exited his vehicle, as I approached the vehicle's

- continued

**Case Number: 03-03-002298** **Supplemental Follow Up**

driver side door, while officer Poulsen approached the passenger side door. Officer Poulsen opened the passenger side and I opened the driver side door. I then pulled the keys out of the ignition and began telling the subject to exit the vehicle, at which time he did not comply. Sgt. Reichenbach assisted myself in removing the subject from his vehicle. Sgt. Reichenbach placed double locked handcuffs on the subject. Sgt. Reichenbach and Officer Poulsen patted the subject down for weapons. The subject was placed in Squad 71 and transported to the Shorewood Police Department.

Joliet Police arrived to help with traffic control. I stayed to wait for Chobar's Towing to remove the vehicle from the right turn lane. Chobar's Towing arrived at 1546 hours. I took inventory of the vehicle documenting its contents. The black Dodge pick up was loaded on a flatbed by driver Mike Porath of Chobar's and taken to the towing yard. I returned to patrol.

**Follow Up Reporting Officer** **709 Martin W. Richarte** **Reported 03/15/2003**

**Case Number: 03-03-002298** **Case Report**

**VICTIM**

Society, DOB Age 0 Sex
Ht Wt
Race
Hair Eyes Complex DLN - -
Phone SSN - -

**WITNESS**

Bruemmer, Ryan M. DOB 11/25/1974 Age 28 Sex M
21510 Nadia drive Ht Wt
Joliet, IL 60431 Race
Hair Eyes Complex DLN B656-7337-4335 IL
Phone (815) 791-3240 SSN - -

**ARRESTEE**

Pinson, Joseph L. DOB 03/07/1947 Age 56 Sex M
1106 Geneva St. Ht 6 01 Wt 210
Shorewood, IL 60431 Race B
Hair BLK Eyes BRO Complex MED DLN P525-4924-7069 IL
Phone 741-8420 SSN 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

Occupation:
Local #2

Injury None
Arrest Date 03/15/2003 15:36 Officer 705 Poulsen, Brian J.
Miranda Date 03/15/2003 16:03 Given by 705 Poulsen, Brian J.
Witnessed by Sgt. R. Reichenbach
Transfered to WCADF. No tatoos

**WITNESS**

Pilon, Phillip P. DOB 04/29/1948 Age 54 Sex M

- continued

**Case Number: 03-03-002298** **Case Report**

317 S Briggs
Joliet, IL
Hair Eyes Complex
Phone (815) 722-1141

Work Phone (815) 723-4169

Ht Wt
Race
DLN - -
SSN - -

Occupation:
Pilon lathe and plaster

**Injury** **None**

**ARRESTEE**

**VEHICLE**

**1996 Dodge**
Pickup truck Black
VIN 3B7HC13Z7TM150702
Towed to Towed to Andersons

Lic **562PC**

**PROPERTY**

Desc Photographs of Alcohol Evidence

Recvd 03/15/2003 Qty 3.00
Taken by Alcohol camera #2

Officer 705 Poulsen, Brian J. Date 03/15/2003

On 03-15-03 at 1525 hours WESCOM dispatched a possible DUI Westbound on Route 52 from Rt.59. WESCOM advised the complainant was driving behind a black Dodge pickup truck with Illinois registration 562PC. WESCOM further advised the black pickup truck turned into Shorewood Plaza, stopping in front of Consumer Liquors.

I entered Shorewood Plaza and observed a black Dodge pickup truck with registration 562PC, parked diagonally in a parking space. I radioed the registration to WESCOM

- continued

and was advised the truck was registered to Joseph Pinson of Shorewood. I observed a black male standing outside the truck with the driver's door open. I knew the black male to be Joseph Pinson because of prior contacts with him. I drove around the truck and asked WESCOM where the complainant was at. WESCOM advised the complainant was parked across the street. I looked back towards the black pickup and observed Pinson driving towards Route 52. I also noticed Sergeant Reichenbach and Officer Richarte following the truck. The truck stopped at the intersection of Shorewood Plaza and Route 52. I activated my emergency lights to initiate a traffic stop.

Pinson turned westbound onto Route 52 and continued through the green light at Brookshore and Route 52. I activated my patrol car's siren, but Pinson continued westbound. Sergeant Reichenbach drove around my patrol car and Pinson, forcing him to stop. I exited my patrol car and walked towards the driver's door. Sergeant Reichenbach walked to the passenger side. I ordered Pinson to shut the engine off. Pinson was dialing a number on his cell phone and told me to hold on. The window was half way down and I immediately detected a strong odor of an alcoholic beverage from two to three feet away. I also observed Pinson's eyes to be glassy and bloodshot, and when Pinson spoke his speech was slurred and mumbled. I ordered Pinson again to shut the engine off. I warned Pinson I would spray him with my pepper spray if he did not comply. Pinson continued to dial a number into his cell phone. I tried to open the driver's door but it was locked. Pinson put the pickup into gear and stepped on the accelerator and drove forward around Sergeant Reichenbach's patrol car. I grabbed onto the driver's door and yelled for him to stop. I ran with the pickup for a few feet before returning to my patrol car.

Sergeant Reichenbach radioed WESCOM we were in a pursuit with the pickup truck southbound on Earl Road. I followed behind Officer Richarte and Sergeant Reichenbach going approximately fifty miles per hour. The posted speed limit is thirty. At the intersection of Earl Road and Geneva Pinson disobeyed the stop sign and drove on the wrong side of the road on Geneva. We continued westbound Geneva still at speeds of approximately fifty miles per hour. The posted speed limit is twenty-five. At the intersection of Geneva and River Road, Pinson disobeyed the stop sign and turned northbound on River Road. Pinson drove into the southbound turning lane

- continued

on River Road and then drove down the median, crossing [redacted] south of Huntington. Pinson continued to drive at speeds of approximately fifty [redacted] per hour. The posted speed limit on River Road is thirty.

At the intersection of River Road and Route 52 Pinson disobeyed the stop sign and continued northbound River Road. Sergeant Reichenbach radioed ISPERN of the pursuit giving our location of travel. Pinson hit the passenger side wheels of his pickup truck on the curb at River Road and Home Court [redacted] Pinson continued to drive at a speed of approximately fifty miles per ho[redacted] Ridge Road. At the intersection of River Road and [redacted] Pinson disobeyed the stop sign and turned eastbound onto Black [redacted] [redacted]ng at speeds of approximately fifty miles per hour. I radioed ISPERN of our direction of travel stating we were approaching Route 59.

We approached the intersection of Black Road and Route 59 and stopped due to traffic. Sergeant Reichenbach positioned his patrol car trying to block Pinson's pickup. A minivan in front of Pinson was stopped, but drove forward a few feet when Sergeant Reichenbach exited his patrol car with his weapon drawn ordering Pinson to shut the engine off. When the minivan pulled forward, Pinson attempted to drive forward towards Sergeant Reichenbach but stopped. I had already exited my patrol car and was on the driver's side of Pinson's pickup. Fearing for my safety I unholstered my weapon aiming it towards Pinson I told Officer Richarte to shut the sirens off of his and my patrol car. Sergeant Reichenbach then ordered me to shut his siren off. I walked to the passenger side of Pinson's pickup and opened the door. I put the gear shift into park and Officer Richarte removed the keys. Sergeant Reichenbach and Officer Richarte removed Pinson from his truck bringing him to the ground. I assisted Sergeant Reichenbach in handcuffing Pinson with two sets of handcuffs. I radioed we had Pinson in custody and asked for the next tow. I searched Pinson for weapons and secured him into the rear seat of my patrol car #71. Pinson asked what was going on and I told Pinson he was under arrest for DUI and fleeing the police. Pinson asked why the police were bothering [redacted] incident to arrest and found four 12 ounce [redacted] was

- continued

**Case Number: 03-03-002298** **Case Report**

[redacted] one can was full. I later photographed the alcohol at SPD and logged the information on the Alcohol Photograph Log. I then destroyed the alcohol at SPD, witnessed by Sergeant Reichenbach.

Four Joliet Officer's arrived on scene and assisted with traffic control. Officer Richarte remained on scene for the tow, and I radioed WESCOM I was transporting Pinson to the Shorewood Police Department (SPD) providing beginning and ending mileage.

Upon arrival at SPD I issued Pinson citation #1614430 for driving under the influence of alcohol. At 1600 hours I read Pinson the Warning to Motorist. At 1603 hours I read Pinson his Constitutional Rights, verbatim, from a pre-printed form. As I read Pinson his rights he covered his ears with his hands and would not respond to my questions regarding his understanding of his rights. At 1603 hours I completed the Alcohol Influence Report. At 1620 hours I asked Pinson if he would consent to a breath test utilizing the EC/IR Intoximeter. Prior to asking Pinson for his consent I observed Pinson for at least twenty minutes. At no time did Pinson belch, vomit, or place anything into his mou[redacted] 1626 hours I printed out a refusal ticket and recorded the information into the EC/IR log book. At 1630 hours I completed the Law Enforcement Sworn report. Sergeant Reichenbach fingerprinted and photographed Pinson.

I issued Pinson citation #1614431-1614434 for disobeying stop signs, #1614435 for aggravated fleeing or attempting to elude a police officer, #1614436 for reckless driving, #1614437 for illegal transportation of alcohol, and #1614438 for failing to yield to an authorized emergency vehicle. Sergeant Reichenbach paged the on call Assistant States Attorney for felony approval. Assistant States Attorney, A.J. Puri, returned the paged and approved felony charges of two counts attempted battery of a police officer and the aggravated fleeing and eluding charge. Pinson was also charged with resisting a police officer.

I transported Pinson to the Will County Adult Detention Facility (WCADF) and

- continued

**Case Number: 03-03-002298** **Case Report**

released him to Deputy Waibel at 1800 hours. Upon returning from WCADF Sergeant Reichenbach informed me a witness, Phillip Pilon, was completing a written statement. Sergeant Reichenbach also informed me the original complainant, Ryan Bruemmer, would be coming in the following day (03-16-03) to complete a written statement for his observation's of Pinson's driving. No further.

- continued

**Case Number: 03-03-002298** **Case Report**

| | | |
|---|---|---|
| | ____________________ | **Reported** |
| **Reporting Officer** | **705 Brian J. Poulsen** | **03/15/2003** |
| | ____________________ | **Approved** |
| **Approved By** | | |

- continued

**Shorewood Police Department**



**Case Number: 03-03-002298** **Supplemental Follow Up**

Reporting Officer
**705 Brian J. Poulsen**

Reported / Current Status

A1-(F) DUI/AggFleeing,Eluding

Category **PRINTS AND PHOTO**

Location **Roads-other**
Route 52 @ Earl Rd
**Shorewood, IL 60431**

Beat Subbeat

Occurred **03/15/2003** **Saturday** **15:25**
To **03/15/2003** **Saturday** **15:25**

**Supplemental Follow Up**

Officer **709 Martin W. Richarte** Date **03/15/2003**

On 03/15/03 at 1525 hours, I responded to a DUI heading W/B Rt. 52 from rt. 59. While in route, WESCOM advised the subject was driving a black Dodge pickup truck licence plate number 562PC. WESCOM also advised the truck was parked in the Shorewood plaza in front of Consumer Liquors.

Upon arrival I observed the subject getting back in his vehicle and begin to leave the parking lot. The black dodge pickup proceeded W/B on Rt. 52 with Sgt. Reichenbach, Officer Poulsen and I in following. I activated my emergency lights and siren and followed SGT. Reichenbach and Officer Poulsen W/B Rt. 52. The black Dodge pickup stopped at Rt. 52 and Earl. Sgt. Reichenbach and Officer Poulsen approached the vehicle and instructed the subject to turn off the vehicle and exit immediately.

The black Dodge pickup drove off S/B on Earl narrowly striking Sgt. Reichenbach and Officer Poulsen. We continued S/B on Earl at speeds over 50 miles per hour. We then turned W/B on Geneva, where the black Dodge pickup ran through the stop sign and crossed into the other lane. While heading W/B on Geneva, we traveled between 50 and 55 miles per hours. We approached River Road where the black Dodge ran through the stop sign and proceeded N/B on River Road into the left turn lane. We approached River Road and Rt. 52 where the Black Dodge proceeded through the intersection without stopping for the stop sign. While traveling N/B on River Road the subject struck the right lane curb at River Road and Home Court as well as River Road and Harvest Lane. While heading N/B on River Road, the subjects right wheels went off the road at River and Ridge. We continued N/B on River Road and approached Black Road. The subject did not make a complete stop at the stop sign.

- continued

The subject proceeded E/B on Black crossing into the oncoming lane. The subject was stopped at Black Road and Rt. 59 in the right turn lane by traffic. Sgt. Reichenbach parked his squad car in front of the subject. I parked behind the subject and exited squad #81. Sgt. Reichenbach exited his vehicle as I approached the vehicle's driver side door while officer Poulsen approached the passenger side door. Officer Poulsen open the passenger side and I opened the driver side door. I then pulled the keys out of the ignition and began telling the subject to exit the vehicle at which time he did not comply. Sgt. Reichenbach assisted myself in removing the subject from his vehicle. Sgt. Reichenbach placed double locked handcuffs on the subject. Sgt. Reichenbach and Officer Poulsen patted the subject down for weapons. The subject was placed in squad #71 and transported to the Shorewood Police Department.

Joliet Police arrived to help with traffic control. I stayed to wait for Chobar's towing to remove the vehicle from the right turn lane. Chobar's Towing arrived at 1546 hours. I took inventory of the vehicle documenting its contents. The black Dodge pick up was loaded on a flatbed by driver Mike Porath of Chobar's and taken to the towing yard. I returned to patrol.

**Follow Up**
**Reporting Officer** **709 Martin W. Richarte**

**Reported**
**03/15/2003**

- continued

# Shorewood Police Department



**Case Number: 03-03-002298**

**Supplemental Follow Up**

Reporting Officer
**705 Brian J. Poulsen**

Reported / Current Status

A1-(F) DUI/AggFleeing,Eluding

Category **PRINTS AND PHOTO**

Location **Roads-other**
Route 52 @ Earl Rd
**Shorewood, IL 60431**

Beat Subbeat

Occurred **03/15/2003** **Saturday** **15:25**
To **03/15/2003** **Saturday** **15:25**

**Supplemental Follow Up**

Officer **760 Robert C. Reichenbach**

Date **03/15/2003**

On 031503 at about 1525 hours, Shorewood officers responded to a report of a DUI vehicle, westbound Rt. 52 from Rt. 59. The suspect vehicle was reported as a black pick up truck with Illinois registration 562PC. While responding I received information that the vehicle was now in the parking lot of the Shorewood Plaza, in front of Consumers Liquors. The complainant was reported to be in his vehicle watching from across the street.

Upon arrival I observed the suspect vehicle parked in front of the liquor store. There was a black male subject sitting in the drivers seat. The vehicle was running. Almost immediately upon my arrival the vehicle proceeded to exit the lot and turn West on Rt. 52. Officer Brian Poulsen and I pulled up behind the vehicle and activated our emergency lights. Officer Martin Richarte followed behind as well. We continued to follow the vehicle Westbound on Rt. 52 as it refused to stop. As we passed Brookshore Officer Poulsen began manually activating his siren in an attempt to get the vehicle to stop. The vehicle continued Westbound past Raven road. At that time I passed Officer Poulsen and got in front of the suspect vehicle. I rapidly slowed my squad causing the suspect vehicle to stop on Rt. 52 near Earl road. Officers Poulsen and Richarte stopped behind the vehicle. We exited our squads and began approaching. I recognized the driver from prior contacts as Joseph Pinson. I stood to the front of Pinson's vehicle as Officer Poulsen approached the drivers side window. Pinson placed the vehicle in park and had the window rolled down less than half way. Pinson was talking on a cell phone. Officer Poulsen tried several times to get Pinson's attention asking him to roll down the window and shut off the vehicle. Pinson ignored all requests. I approached the passengers side door and attempted to open it

- continued

but it was locked. Officer Poulsen tried to do the same with the drivers door but it was also locked. Officer Poulsen shouted to Pinson that if he did not turn off the car and open the door he would be sprayed with Pepper spray. Pinson reached for the gear shift and placed the vehicle in drive. Fearing I was about to be struck by a Pinson's vehicle I raised my service weapon, which I had out at a low ready position, pointed it at Pinson and shouted for him to stop. Pinson drove forward and to the right causing me to [illegible] back out of the way to avoid being struck. He then drove around the passenger side of my squad leaving the scene. Pinson immediately turned South onto Earl road and proceeded away at a high rate of speed. I ran to my squad and pursued. I activated my siren and caught up to Pinson on Earl near Geneva. I estimated by pacing that Pinson was traveling between 50 and 55 miles per hour in a 30 mile per hour zone. Pinson turned West onto Geneva street failing to stop at the stop sign. As Pinson turned West he drove into the oncoming lane of traffic. Pinson continued West on Geneva at about 50 miles per hour in a 25 mile per hour zone. This is a residential area. I anticipated Pinson was heading toward his [illegible] 406 Geneva. As he reached his residence he did not stop but continued West to River road. Pinson then turned North onto River road again failing to stop at the stop sign. As Pinson made the turn he entered the turn only lane for southbound River road driving North. Pinson continued North on River road through the turn lane into the center median. Pinson then drifted back into his own lane. Pinson slowed some what at this time. When Pinson reached the intersection of River road and Rt. 52 he failed to stop at the stop sign and proceeded through the intersection. Pinson continued North on River road. Near the intersection of River and Home court Pinson drifts right and strikes the curb with his passenger side tires. Pinson continues North and near the intersection of Harvest and River road he again drifts right and strikes the curb with his passenger side tires. Near the intersection of River and Ridge roads Pinson drives off onto the shoulder with his drivers side tires. As Pinson reaches Black road he slows almost to stop and turns East onto Black road. Pinson again fails to stop for the stop sign. As Pinson proceeds East on Black road he turns wide and drives east in the westbound lane. Pinson moves back to his own lane and continues East. Near the intersection of Black and Rt. 59 Pinson slows for stopped traffic. Pinson's progress is stopped by Eastbound traffic waiting for the traffic light. I pulled along the front of Pinson's vehicle and stopped. I exit, draw my service weapon and [illegible] front of Pinson's vehicle. At this point the vehicle that was blocking Pinson's moved forward giving Pinson an avenue of exit. Again fearing for my safety, I pointed my service weapon at Pinson and ordered him to stop and exit his vehicle. Pinson's vehicle moves slightly forward again at me. I shouted for Pinson to stop and exit his vehicle. Pinson's vehicle stops and Officers Poulsen and Richarte approach the driver and passenger side doors. Both Officers were able to open the doors and gain access to Pinson. Officer Richarte who is at the drivers door reaches in and turns off the vehicle removing the keys. Officer Poulsen and Richarte attempt to pull / push Pinson from the vehicle. At this point I ran to the drivers door, reached in and pulled Pinson out and to the ground. I then handcuffed Pinson with double locks in place and get him to his feet. I searched Pinson and walked him to officer Poulsen's

- continued

squad. As I attempted to place Pinson into the squad he resisted and refused to sit down. I tried to force him in but as he is a rather large individual he would not budge. I then executed a knee strike to Pinson's right upper leg with my right knee causing him to sit in the squad as requested.

Pinson's vehicle was searched incident to arrest by Officers Poulsen and Richarte. The vehicle was then towed by Chobar's.

Pinson was transported to the Shorewood Police department for processing.

Upon arrival at the Police department I was approached by an individual identified as Phillip P. Pilon. Pilon works for a company that is finishing the outside portion of the Police department's new Sally port. I asked Pilon what he needed and he said wow I saw you guys just now, it was just like watching "Cops" on T.V. I asked did he see the initial stop and the subsequent fleeing by Pinson. He said yes. I asked if he would provide a written statement and be willing to testify in court as to what he saw. Pilon said yes. I had Officer Richarte take Pilon to our interview room where he provide a written statement of what he saw.

To paraphrase phrase what the statement said, Pilon indicates he saw the stop and the position of the officers, their squads and the suspect vehicle. [illegible] He indicates the truck drove around the lead squad and nearly strike the officer from that squad which was me. He states the vehicle then proceeds down Raven road from the scene with the Officers following. His statement is accurate except that it is Earl not Raven road.

Upon arrival of Pinson I escorted him inside. Pinson had difficulty walking and had to be assisted. [illegible] I fingerprinted and photographed Pinson and Officer Poulsen processed him as he is the arresting Officer.

I contacted the Will County States Attorney's Office and received felony approval from Assistant States Attorney A.T. Banci. Aggravated fleeing and eluding charges were approved due to the excessive speed. Two counts of attempted aggravated battery to a police officer were also approved. Pinson was charged with several other offenses by officer Poulsen.

I next contacted our initial witness, identified as Ryan Bruemmer. I asked him to describe what he saw. Ryan stated he was southbound Rt. 59 from black road and that Pinson's Black truck was two car lengths in front of him. Ryan stated there were no cars in between his and Pinson's. Ryan stated that between Black road and the

- continued

[redacted] subdivision, which would be near Meadow drive, he observed [redacted] twice [redacted] onto the shoulder. Ryan stated both passengers side tires left the road as did about on half the trucks width. Ryan stated he also observed the truck twice cross the center line into the oncoming lanes of traffic with both drivers side tires. Again about one have the vehicle's width crossed over. Ryan stated Pinson continued South in Rt. 59 weaving back and forth in his own lane. Ryan stated as he reached the intersection of Rt. 59 and Rt. 52 Pinson's vehicle stopped about 1 or 2 car lengths back from the corner. It then slowly creeped forward turning West onto Rt.52. [redacted]. He stated the vehicle turned North into the parking lot of the Shorewood plaza stopping in front of the liquor store where police arrived. [redacted]

At about 1800 hours I removed the video tapes from squads 81 and 72. both were logged as evidence and placed into locker number 6.

No further.

| Follow Up Reporting Officer | 760 Robert C. Reichenbach | Reported 03/15/2003 |
|---|---|---|



Exhibit E

IN THE CIRCUIT COURT OF TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, or Village of City of ______________, Plaintiff

vs.

Joseph Pinion, Defendant

Case No. 03DT 366 03CF...

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER OF CONDITIONAL DISCHARGE**

ON THIS DAY 4 / 21 / 04 the defendant having appeared in person (and by counsel) and having (plead guilty to / been found guilty of) the charge(s) of. DUI, Reckless Driving, Fleeing or Attempting to Elude

and the court being fully advised in the premises, does hereby enter judgment(s) of conviction and places the defendant on 24 months Conditional Discharge subject to the following conditions:

(1) Shall pay total fine, fees and costs (including bond fee) in the amount of $ 1400.00 ; which includes:

a. Public Defender Fee of $ ______;
b. Drug Assessment Fee of $ ______;
c. Emergency Trauma Fee of $ ______;
d. Lab Fee of $ ______;
e. Street Value Fee of $ ______;
f. $100.00 toward the Law Enforcement fund (DUI) $ ______;
g. Other: ______ $ ______.

900.00: DUI
250.00: Reckless
250.00: Fleeing

(2) Shall pay Restitution in the amount of $ ______ to the Clerk of the Circuit Court for the benefit and use of ______.

(3) Defendant's bond of $ 500.00 is to apply toward payment of Fines, Costs and Fees and then restitution, if any.

(4) Shall not possess a firearm or other dangerous weapon;

(5) Shall not violate any criminal statute of any jurisdiction;

(6) a. [ ] Shall serve ______ days in the Will County Jail Straight Time / Day for Day credit to apply, with credit for ______ days actually served. Mittimus issues / is stayed ______;

b. [ ] Shall perform ______ Hours of community service work and show written proof of completion;

c. [X] Shall attend a Victim Impact Program and file written proof of attendance;

d. [X] Shall complete ~~300~~ 25 (IIS) counseling and aftercare, if required and show written proof of completion;

e. [X] ~~Shall obtain a drug & alcohol evaluation and comply with the recommendations therein;~~

~~f. [ ] Shall appear in courtroom 305 at 9:30 a.m. on 7/6/04 for status on compliance with order;~~

(7) Companion tickets are nolle prossed.

This cause is hereby continued until 4 / 20 / 06 for termination of Conditional Discharge.

DEFENDANT IN CUSTODY ON THIS CASE? ______ YES X NO

Dated: 4 / 21 / 04

ENTER: [signature]

ASA / Municipal Prosecutor: [signature]

Defendant's Attorney: [signature]

Defendant: [signature]

IN THE CIRCUIT COURT OF THE ... JUDICIAL CIRCUIT
... COUNTY, ILLINOIS

CASE NO.

# NOTICE

PLEASE TAKE NOTICE THAT

... 2nd Wigmore Street ...

# PROOF OF SERVICE

# MOTION

IN THE CIRCUIT COURT OF TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, or Village or City of ____________, Plaintiff
vs
Joseph Pinson, Defendant

Case No 03 DT 3166

## COURT ORDER

On Motion of Defendant / State / Court / By Agreement

Defendant Present / Not Present / Pro Se / by Counsel Motta

Public Defender Appointed / Denied / Waived

NEXT COURT DATE 2 / 17 / 04 The case is set for

X Hearing - Motion to W/Draw ~~Arraignment / Pre-trial~~ 9 00a m / ~~1 30p m~~ Courtroom ~~303 / 304~~ 302

___ Bench Trial / Petition to Rescind / Motion to Suppress assignment 9 00a m Courtroom 302

___ Jury Trial 10 30a m Status and 1 30p m Trial assignment Courtroom 302

___ Sentencing Hearing 9 00a m / 1 30p m Courtroom 302 / 303 / 304

Discovery pursuant to People v Schmidt is ___ Acknowledged ___ Ordered by ___/___/___

___ a Written Speedy Trial Demand is filed in Court and served on the prosecutor

___ Defendant waives 30 days pursuant to Puckett ___ Defendant does not waive Puckett

___ License / Bond Forfeiture / Judgment on Forfeiture is vacated / Continued to next date

___ Count ______ nolle prosequied ____ Warrant is quashed and recalled

**DEFENDANT IS ORDERED TO APPEAR ON THE NEXT COURT DATE. DEFENDANT'S FAILURE TO APPEAR MAY RESULT IN A WARRANT BEING ISSUED FOR THE DEFENDANT'S IMMEDIATE ARREST.**

ASA/ Municipal Prosecutor [signature] DEFENDANT [signature]

DEFENDANT IN CUSTODY ON THIS CASE? ______ YES X NO

___ DEFENDANT RELEASED ON EXECUTION OF ________ RECOGNIZANCE BOND

DATED 1 / 20 / 04 ENTERED [signature] JUDGE

CC
(4-14-

IN THE CIRCUIT COURT OF THE [illegible] JUDICIAL CIRCUIT
[illegible] COUNTY, ILLINOIS

Plaintiff

VS.

Defendant

COURT ORDER

Name:
Attorney For:
ARDC:
Address:
City:
Telephone:

PHELAN, NOLAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
Joliet, Illinois 60435

M. Thomas Phelan
Thomas C. Nolan




May 17, 2007

Steve M. Landis
Attorney At Law
18400 Maple Creek Drive
Tinley Park, IL 60477

Re: Joe Pinson

Dear Steve:

Pursuant to our conversation Joe Pinson would like his file. Please bring the file to the office, we will copy it and deliver it to him.

Very truly yours,

PHELAN, NOLAN & ASSOCIATES, PC

BY: ______________________
M. THOMAS PHELAN

MTP/lem

STATE OF ILLINOIS )
) SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

People of The State
Plaintiff

vs.

CASE NO. 03 CM 9495

Joseph L. Pinson
Defendant

18 MAY ... 1:21 ... COUNTY, ILLINOIS

# NOTICE

TO: (Name and address of all other parties)
State's Attorney
121 N. Chicago St.
Joliet, IL 60432

**PLEASE TAKE NOTICE THAT:**
Plaintiff/Defendant, Joseph L. Pinson
will appear before Judge Richardson in courtroom 302,
in the ☒ Will County Courthouse, 14 West Jefferson Street, Joliet, IL ☐ River Valley Justice Center, 3208 McDonough Street, Joliet, IL on the 21 day of May, 20 04
at the hour of 9:00 a.m., and then and there present a Motion to To Change The Guilty plea, a copy of which is attached hereto, at which time and place you may appear, if you so desire.

BY: Joseph L. Pinson

**PROOF OF SERVICE**

The undersigned certifies, under penalty of perjury, that I served a copy of the attached document upon all parties to this case, or their attorney's of record, by enclosing the same in an envelope addressed to each such party at their address disclosed by the papers filed in this case, with postage fully prepaid and mailed said envelope in a U.S. Post Office Mail Box in ____________, Illinois on the ______ day of ____________, 20______.

______________________

Attorney or Party, if not represented by Attorney
Name Joseph L. Pinson
ARDC#
Address 1266 Genoa St.
City Glendale Hts, IL 60139
Telephone 815 715-6454

White - Court Yellow - Plaintiff Pink - Defendant **18 E (Part 1)** (Revised 12-99) CVN NOTICE 3 Part Form

STATE OF ILLINOIS )
) SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

People of the State
Plaintiff

vs.

CASE NO. 03 CM [illegible]

Joseph L. Ivison
Defendant

[illegible] 18 PM 1:21 COUNTY ILLINOIS

# MOTION

(Print or Write Legibly)

I was not properly represented by the law firm of Mitchell [illegible] & [illegible] with Amy [illegible]. I was constantly told that I may go to jail. This law try on three occassion to with draw from my case. I have had problem [illegible] police for over 11 years. Harrassment and false reports on me.

Now I am force to sell my house in [illegible] before they shot me. I have made many calls to the FBI in Orland Park.

Joseph L. Ivison
Plaintiff

## CERTIFICATION

I hereby certify, under penalty of perjury, that all facts set forth in this motion are true and correct, except those facts stated upon information and belief, and as to those facts, I believe them to be true

Page #____ of ____Pages

____________________
Plaintiff

STATE OF ILLINOIS )
) SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

People of the State
Plaintiff

vs.

CASE NO. [illegible]

Joseph Lawson
Defendant

NOTICE

TO: (Name and addresses of all parties)
Will County State's Attorney
[illegible]
Joliet, Illinois [illegible]

PLEASE TAKE NOTICE THAT:
Plaintiff/Defendant Joseph Lawson
Will appear before Judge [illegible] or any other judge sitting in [illegible]
In the [illegible] Will County Courthouse, 14 W. Jefferson Street, Joliet, IL [illegible] Will County [illegible] Center
1208 W. McDonough Street, Joliet, IL [illegible] Will County Court Annex [illegible] Joliet, IL, on the
[illegible] day of June, 20[illegible] at [illegible] o'clock [illegible] or as soon thereafter as counsel may be heard,
and there present a Motion to [illegible]
a copy of which is attached hereto, at which time and place you may appear if you so desire.

BY [signature]

PROOF OF SERVICE

The undersigned certifies, under penalty of perjury, that I served a copy of this notice upon all parties to this case, or their attorneys of record, by enclosing the same in an envelope addressed to such parties at their address disclosed by the papers filed in this case, with postage fully pre-paid, and by depositing the same in the U.S. Post Office Mail Box in [illegible] Illinois on the [illegible] day of [illegible]

Attorney or Party, if not represented by Attorney
Name Joseph Lawson
ARDC#
Firm Name
Attorney for
Address [illegible]
City & Zip Joliet, [illegible]
Telephone

PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

White - Court Yellow - Plaintiff Pink - Defendant

STATE OF ILLINOIS )
)SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

People of the State
Plaintiff
vs
Joseph Pinson
Defendant

CASE NO. 03 DT 366 / 03 CM 969

Emergency

# MOTION

(Print or Write Legibly)

Record Compliance 03 TR 25699-TC to SOS which was dismissed (Compliance required) on 4/9/03

Hearing on Case 03 DT 366 & CM 969. Mitchell Barber Ballantine Amy McMahon misrepresented my case. I never reviewed any Screening & other reports Steve Landis misrepresented 03 DT 366 & 03 CM 969

FILED [illegible] 11:15

BY [signature] (Movant Signature)

## CERTIFICATION

I hereby certify, under penalty of perjury, that all facts set forth in this motion are true and correct, except those facts stated upon information and belief, and so to those facts, I believe them to be true.

BY ____________ (Movant Signature)

Page # ____ of ____ Pages

PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

White – Court Yellow – Plaintiff Pink – Defendant Form 18E (Part 2) Revised (09/04)

[STATE] OF ILLINOIS )
)SS
COUNTY OF WILL )

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

Peo
**Plaintiff**
vs
Joseph Pinson
**Defendant**

**CASE NO:** 03TR25099-25106

## COURT ORDER

This matter coming before the court on defendant's motion*, it is hereby ordered that defendant's motion* to withdraw his guilty plea is denied. However, the court makes the findings at the defendant's request that the following cases were previously nolle prosequi'd by the State:

03 TR 25099-102 (4 cts. disregard stop sign)
03 TR 25105 illegal transportation of alcohol
03 TR 25106 failure to yield to emergency vehicle

The defendant in these matters pled guilty to driving under the influence of alcohol, fleeing & eluding and reckless driving.

Attorney or Party, if not represented by Attorney
Name Tricia McKenna ASA
ARDC #
Firm Name
Attorney for
Address
City & Zip
Telephone

Dated: 6-18, 2007
Entered: [signature]
Judge

PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

White – Court Yellow – Plaintiff Pink – Defendant

17 D Revised (06/06)

STATE OF ILLINOIS )
) SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

People of Illinois
Plaintiff
vs
Joseph [illegible]
Defendant

03 CM 0169
CASE NO. [illegible]

Amended
COURT ORDER

This matter coming before the Court on [illegible] motion, it is [illegible] the [illegible] motion to withdraw his guilty plea [illegible]

The Court also finds [illegible]

cases were [illegible]

[illegible]

The [illegible] pleaded guilty to [illegible] the influence of alcohol, [illegible] reckless driving from 03 CM [illegible]

Attorney or Party, if not represented by Attorney
Name [illegible]
ARDC # 
Firm Name 
Attorney for 
Address 
City & Zip 
Telephone 

Dated [illegible]

ENTER [illegible]

[illegible]

PAMELA J. McGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

…E OF ILLINOIS)
)SS
…UNTY OF WILL )

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

Joseph L Pinson
Petitioner

VS

Will County States Attorney office
Shorewood Police Department
Defendant

CASE NO. 03 CM 969
03 DT 366
03 TR 250 99-106

☐ Order application to (sue) (defend) as a poor person is granted.

☒ Order application to (sue) (defend) as a poor person is denied

DATE: [illegible]

ENTER: [signature]
(Judge)

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

I, Joseph L. Pinson

☑ on my own behalf as ☐ Parent ☐ Guardian ☐ Other ______ of

______ (Name), a ______ (Minor) (Incompetent)

1. Applicant's occupation or means of subsistence:
   A. Applicant is employed as ______ (Job)
      by ______ (Employer)
   B. Applicant's other sources of income or support are: ______
2. Applicant's income for the preceding year was $ ______
3. The sources and amount of income expected by the applicant hereafter are: ______

   The person dependent on applicant for support are: ______
4. Applicant owns
   A. No real estate except: (Location and Value) 0
   B. Personal property which in the aggregate does not exceed $ 0
      and consists of: ______
      including a ______ motor vehicle, valued at $ ______
5. No applications were filed by or on behalf of application for leave to sue or defend as a poor person during the preceding year except: NO
6. Applicant is unable to pay the fees, costs, and charges of this case.
7. Applicant has a meritorious ☐ Claim ☐ Defense

Subscribed and Sworn before me
Date: ______

______
(Notary Public - Circuit Court Clerk)

Joseph L. Pinson
(Signature of Applicant)

Attorney's Name ______
ARDC# ______
Address ______
City: ______
Telephone: ______

RECEIVED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE CIRCUIT COURT OF TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, or
~~Village or~~ City of ______________, Plaintiff
vs
Joseph Pinson, Defendant

Case No 03C[illegible]

## COURT ORDER

On Motion of Defendant / State / Court / By Agreement

Defendant Present / Not Present / Pro Se by Counsel ____________

Public Defender Appointed / Denied / Waived

NEXT COURT DATE [illegible] 6/11/04 The case is set for for D to hire atty

____ Arraignment / Pre-trial 9 00a m / 1 30p m Courtroom 303 / 304

____ Bench Trial / Petition to Rescind / Motion to Suppress assignment 9 00a m Courtroom 302

____ Jury Trial 10 30a m Status and 1 30p m Trial assignment Courtroom 302

____ Sentencing Hearing 9 00a m / 1 30p m Courtroom 302 / 303 / 304

Discovery pursuant to People v Schmidt is ____ Acknowledged ____ Ordered by ___/___/___

___ a Written Speedy Trial Demand is filed in Court and served on the prosecutor

___ Defendant waives 30 days pursuant to Puckett ___ Defendant does not waive Puckett

___ License / Bond Forfeiture / Judgment on Forfeiture is vacated / Continued to next date

___ Count______ nolle prosequied ____ Warrant is quashed and recalled

**DEFENDANT IS ORDERED TO APPEAR ON THE NEXT COURT DATE. DEFENDANT'S FAILURE TO APPEAR MAY RESULT IN A WARRANT BEING ISSUED FOR THE DEFENDANT'S IMMEDIATE ARREST.**

ASA/ Municipal Prosecutor [signature] DEFENDANT ____________

DEFENDANT IN CUSTODY ON THIS CASE? ______ YES ✓ NO

___ DEFENDANT RELEASED ON EXECUTION OF ________ RECOGNIZANCE BOND

DATED 5/21/04 ENTERED [signature]
JUDGE

IN THE CIRCUIT COURT OF TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, or Village or City of ________ Plaintiff )
VS ) Case No 08 CM 969
JOSEPH PINSON, Defendant )

## COURT ORDER

On Motion of Defendant / State / Court / By Agreement

Defendant Present / Not Present / Pro Se by Counsel ________

Public Defender Appointed / Denied / Waived

NEXT COURT DATE 8/13/04 The case is set for Hearing on motion to withdraw guilty plea

____ Arraignment / Pre-trial 9 00a m / 1 30p m Courtroom 303 / 304

____ Bench Trial / Petition to Rescind / Motion to Suppress assignment 9 00a m Courtroom 302

____ Jury Trial 10 30a m Status and 1 30p m Trial assignment Courtroom 302

____ Sentencing Hearing 9 00a m / 1 30p m Courtroom 302 / 303 / 304

Discovery pursuant to People v Schmidt is ____ Acknowledged ___ Ordered by ____/____/____

___ a Written Speedy Trial Demand is filed in Court and served on the prosecutor

___ Defendant waives 30 days pursuant to Puckett __ Defendant does not waive Puckett

___ License / Bond Forfeiture / Judgment on Forfeiture is vacated / Continued to next date

___ Count ______ nolle prosequied ____ Warrant is quashed and recalled

**DEFENDANT IS ORDERED TO APPEAR ON THE NEXT COURT DATE. DEFENDANT'S FAILURE TO APPEAR MAY RESULT IN A WARRANT BEING ISSUED FOR THE DEFENDANT'S IMMEDIATE ARREST.**

ASA/ ~~Municipal Prosecutor~~ [signature] DEFENDANT ________

DEFENDANT IN CUSTODY ON THIS CASE? ______ YES __X__ NO

___ DEFENDANT RELEASED ON EXECUTION OF ________ RECOGNIZANCE BOND

DATED 7-23-04 ENTERED [signature] JUDGE

CCt-1

STATE OF ILLINOIS)
)SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE
Plaintiff(s)

VS

JOSEPH PINSON
Defendant(s)

CASE NO: 03CM969
03 DT 3169

# COURT ORDER

This matter called, the defendants motion to ~~change~~ Vacate plea of guilty is heard. Defendants motion is denied on both cases after arguments are heard.

AUG 13

Name: Nicole more
Attorney For: ASA
ARDC#:
Address:
City:
Telephone:

Date: 8/13/07, 20
Entered: [signature]
Judge

17D (Revise 12-99) CRSOS

STATE OF ILLINOIS )
)SS
COUNTY OF WILL )

RECEIVED 05 OCT 14 AM 11:5 STATE'S ATTORNEY'S OFF. WILL COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
STATE OF ILLINOIS, COUNTY OF WILL

FILED 05 OCT 14 PM 12:05 CLERK, CIRCUIT COURT WILL COUNTY, ILLINOIS

PEOPLE of the State of Illinois )
Plaintiff, )
vs. ) Docket No. 03 DT 366
JOSEPH L. PINSON )
Defendant, )

**NOTICE OF MOTION**

TO: Office of the Will County State's Attorney
James Glasgow, State's Attorney
C/O: Aggravated Traffic Division
121 North Chicago Street
Joliet, Illinois 60432

**YOU ARE HEREBY NOTIFIED** that **JOSEPH L. PINSON**, Defendant, in the above captioned cause, by and through his attorney, Steven M. Landis, will appear before the Honorable Marzell L. Richardson on the 18th day of October, 2005, at 9:00 AM, in Room 302 or the room usually occupied by him as a courtroom, at 14 W. Jefferson St., Joliet, IL, and then and there present the attached MOTION TO VACATE DEFENDANT'S WITHDRAWAL OF PETITION TO RESCIND STATUTORY SUMMARY SUSPENSION, at which time you may or may not appear.

**PHELAN, NOLAN, & LANDIS, P.C.**

Steven M. Landis, A.R.D.C. #6231068
Attorney for the Defendant
57 West Jefferson Street, Suite 501
Joliet, Illinois 60432-4420
Phone: (815) 727-5100
Fax: (815) 727-5106

STATE OF ILLINOIS )
)SS
COUNTY OF WILL )

**PROOF OF SERVICE**

The undersigned certifies that a copy of the attached instruments were served upon the attorneys of record or all parties to the above captioned cause by HAND DELIVERY at their business address as disclosed by the pleading herein, on the 14th day of **October , 2005.**

SUBSCRIBED AND SWORN TO BEFORE ME THIS
14th DAY OF October 2005

NOTARY PUBLIC

"OFFICIAL SEAL"
M. THOMAS PHELAN
Notary Public, State of Illinois
My Commission [illegible]07

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) NO. 03 DT 366
)
**JOSEPH PINSON** )

FILED
03 JUL 25 AM 10:34
CLERK CIRCUIT COURT
WILL COUNTY, ILLINOIS

**NOTICE**

To: **Amy Melton**
**54 N. Ottawa St., Suite 245**
**Joliet, IL 60432**

Please take notice that the People of the State of Illinois, Plaintiff, in the above-entitled cause, by Jeff Tomczak, State's Attorney of Will County, Illinois, through **Emily K. Eadie,** Assistant State's Attorney will appear before the Honorable **Marzell Richardson** on the 12 day of August, **2003,** at **9:00 AM**, in Room **302** or the room usually occupied by him as a courtroom, at 14 W. Jefferson St., Joliet, IL, and then and there present a **Motion for Summary Suspension Hearing Instanter,** at which time you may or may not appear.

Jeff Tomczak
State's Attorney of
Will County, Illinois
121 N. Chicago Street
Joliet, IL 60432
(815) 727-8453

Emily Eadie
Attorney for Plaintiff

---

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

The undersigned certifies that a copy of the attached instrument was served upon all parties to the above-cause by enclosing the same in an envelope addressed to such parties as disclosed by the pleadings of record herein with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Joliet, IL on July 25, 2003.

Danielle S. Bonin

Subscribed and sworn to
before me on July 25, 2003.

Lorna Duering
NOTARY PUBLIC

OFFICIAL SEAL
LORNA DUERING
NOTARY PUBLIC, STATE OF ILLINOIS

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
-VS- ) Case No. **03 DT 366**
)
**JOSEPH PINSON** )

**MOTION FOR SUMMARY SUSPENSION HEARING**

NOW COME the People of the State of Illinois, by Jeff Tomczak, State's Attorney of Will County, Illinois, by and through his Assistant, **Emily K. Eadie**, and hereby requests a Summary Suspension Hearing be conducted instanter, and in support thereof states as follows:

1. The Defendant filed a Petition to Rescind Statutory Summary Suspension on **July 21, 2003**.

2. Pursuant to People vs. Puckett, 582 NE2d 225 (Ill. App. 3 Dist. 1991), a hearing must be set within thirty (30) days of the filing of the petition.

WHEREFORE, the People respectfully request that this Honorable Court conduct a Summary Suspension Hearing, Instanter.

Respectfully submitted,

Jeff Tomczak
State's Attorney
Will County, Illinois

BY: [signature]
**Emily K. Eadie**
Assistant State's Attorney

**EKE/ lad**

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

## AFFIDAVIT

Emily K. Eadie, Assistant State's Attorney, being first duly sworn on oath, deposes and says that she has read the foregoing and knows the contents thereof, and that the same is true to the best of her knowledge.

Emily K. Eadie
Assistant State's Attorney

Subscribed and sworn to before me

on Friday July 25, 2003.

OFFICIAL SEAL
LORNA DUERING

NOTARY PUBLIC

EKE/ lad

1/29/2007 Will County Adult Detention Facility 3:40

**Correctional Institution Management Information System**

**Discharge Form**

| Prisoner Name | Sheriff ID | Discharge Date | Discharge Time |
|---|---|---|---|
| PINSON, JOSEPH L | 63097 | 01/29/2007 | 15:38 |

2007-0000876

| Identification Numbers | Sex | Race | Complexion | DOB | Age |
|---|---|---|---|---|---|
| DLN ILP52549247069 | M | BK | MED | 03/07/1947 | 59 |

| | Hair | Eyes | Height | Weight | Build |
|---|---|---|---|---|---|
| SS 333581658 | BLAK | Brown | 601 | 210 | MED |
| SID IL30826820 | | | | | |

| | Street/Misc | City | State | Phone |
|---|---|---|---|---|
| FBI 193590PA7 | 4221 WHITETAIL | JOLIET | IL | (815)744-2574 |

Trust Fund Balance: $0.00

**This balance is subject to change for outstanding commissary, court, and local fees.**

| Type of Release | Bail Posted | Release Conditions |
|---|---|---|
| Time Served | 0 | |

| Property Returned | Property Officer | Discharge Officer | Release Officer Signature | Date | Time |
|---|---|---|---|---|---|
| Y | 1864 | 1864 | [signature] 1864 | 01/29/2007 | 15:38 |

Prisoner Signature:

Prisoner's signature verifies all property has been returned, or a release slip completed for future pick up, when transferred to I.D.O.C

Court Information

| Case Number | Court Date | Room/Time | Judge |
|---|---|---|---|
| W03DT366 | 01/29/2007 | RM 304 9:00 | Braun,Bennett |
| W04TR20965 | 01/29/2007 | RM 304 9:00 | Braun,Bennett |

Property Bag Number(s): 1A

Special Notations

Exhibit 6

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS
TWELFTH JUDICIAL CIRCUIT

IN THE MATTER OF THE PEOPLE OF THE STATE OF ILLINOIS, ex. rel., JEFF TOMCZAK, State's Attorney of Will County, Illinois

vs.

1996 DODGE RAM, VIN #3B7HC13Z7TM150702

Defendant.

CASE NO: 04 MR 232

DATE: 5/25/04

TIME: 9:00 A.M.

COMPLAINT FOR FORFEITURE

NOW COMES the Plaintiff, the People of the State of Illinois, by Jeff Tomczak, State's Attorney, by and through Assistant State's Attorney Thomas Konczal, and state, upon information and belief, as follows:

1. That this cause of Action arises under the provisions of 720 ILCS 5/36-1.

2. That on or about March 2, 2004, in Shorewood, Will County, Illinois, Joesph Pinson, with the knowledge and/or the consent of the owner of said captioned vehicle, did use same in connection with the offense of Driving While License Suspended, in violation of 625 ILCS 5/6-303(g) of the Illinois Vehicle Code.

3. That on March 2, 2004, Officer Hulbert of the Shorewood Police Department had occasion to run the registration of the above captioned Dodge Ram which revealed that a statutory summary suspension was in effect for the driver's license of the registered owner, Joseph Pinson. Pinson was placed under arrest and transported to the Shorewood Police Department

4. A certified copy of the abstract from the Secretary of State shows that a statutory summary suspension was in effect for the driver's license of Joseph Pinson on March 2, 2004.

5. That Police Officers of the Shorewood Police Department seized said vehicle on or about March 2, 2004, in Naperville, Will County, Illinois, and delivered it forthwith to the Sheriff who gave notice to Jeff Tomczak, State's Attorney, and to the following named persons whose right, title or interest was of record in the office of the Secretary of State:

Joseph Pinson
1106 Geneva Street
Shorewood, Illinois 60431

all pursuant to the Statutes made and provided.

6. That the Secretary of the State of Illinois is the keeper of records involving motor vehicles, and has an interest in any order affecting disposition of the motor vehicle in question.

WHEREFORE, Plaintiff prays:

(a) That the vehicle be declared forfeited and either: (l) ordered sold at public auction; (2) destroyed; or (3) delivered to a Law Enforcement Agency of the State of Illinois.

(b) That all rights, interests and title of each and every party claiming interest in the vehicle be terminated.

(c) That the Secretary of State be given notice of the Order of Forfeiture and that he be directed to mark his records to show said termination of interest and further to recognize and accept a proper application for a Certificate of Title to said vehicle and issue a valid Certificate of Title therefore.

(d) And for such other relief as the Court may deem just and proper.

Jeff Tomczak
State's Attorney of Will County

By: ____________________
Thomas Konczal
Assistant State's Attorney

121 N. Ottawa Street
Joliet, Illinois 60432

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

By: ____________________
Thomas Konczal
Assistant State's Attorney

# 721-3263
Chrystel: I spoke will Sheriff Clofton, who never had the truck at no time since 3/2/04

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

The above signed Assistant State's Attorney personally appeared before me, and being duly sworn, deposes and says:

1) That he had read the foregoing Complaint for Forfeiture and that the contents thereof are true and accurate to the best of his knowledge;

2) That the only person having an interest in the 1996 DODGE RAM, VIN #3B7HC13Z7TM150702 is:

Joseph Pinson
1106 Geneva Street
Shorewood, Illinois 60431

Subscribed and Sworn to
before me this 20th day
of March, 2004.

Rosemarie A. Doyle
NOTARY PUBLIC

OFFICIAL SEAL
ROSEMARIE A DOYLE
NOTARY PUBLIC, STATE OF ILLINOIS