08CV2284
JUDGE KENDALL
MAG. JUDGE SCHENKIER

## APPEARANCE FORM FOR DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

J.N

FILED
APR 22 2008
APR 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: Joseph L. Pinson
(Please print)

STREET ADDRESS: 11819 So. Emerald Ave.

CITY/STATE/ZIP: Chicago, Illinois 60628

PHONE NUMBER: 773-821-8651

CASE NUMBER: _____

Joseph L. Pinson
Signature

4/22/08
Date