4C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 1 9 2008
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joseph L. Pinson ET AL
Plaintiff(s)

v.

Will County States Attorney Office ET AL   Case No. 08 C 2284

Defendant(s)

Motion to Vacate and Reopen

I Joseph L. Pinson, motion to vacate the dismissed case 08 C 2284, and reopen due to failure to state a claim and to proceed in forma pauperis pursuant to 28 U.S.C. ~ 1915(E)(2)(ii) of the Constitution of the United States.

Joseph L. Pinson
6/19/2008