JC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Joseph L. Pinson ET AL
**PLAINTIFF**

CASE NO. 08 C 2284

VS.

Will County States Attorney Office ET AL
**DEFENDANT**

**FILED**
JUN 19 2008
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: United States District Court
Northern District of Illinois
Chicago, Illinois

On June 23, 2008, at 9 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present a Motion to Vacate Case dismissed 08 C 2284 and to Reopen Case No. 08 C 2284.

Name Joseph L. Pinson Pro Se
Address 11819 So. Emerald Av
City/Zip Chicago, Illinois
Telephone (773) 821-8651

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the _____ day of _____, _____.

I served a copy of this notice to each person whom it is directed by way of _____

_____

_____
SIGNATURE / CERTIFICATION                                           DATE