# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2284 | **DATE** | 6/23/2008 |
| **CASE TITLE** | PINSON vs. WILL COUNTY STATES ATTORNEY | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to reinstate this case is granted. Plaintiff's oral motions for leave to file an amended complaint and for leave to proceed in forma pauperis are granted. The Clerk of Court is directed to issue summons and complaints to the U.S. Marshal for service forthwith. Plaintiff is directed to submit completed USM 285 forms (directions for service) to the U.S. Marshal by July 14, 2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|