*AC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

)
)
)   **Case No. 08 C 2284**
)
**Joseph L. Pinson**   )
)
**Plaintiff(S)**   )
**VS**   )
)
)
)

**FILED**

JUN 2 3 2008
6-23-2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

**Will County States Attorney Office, Law
Office of Mictchell, Bolden, and Amy Melton,
Shorewood Police Department, Ryan Mark
Bruemmer, Phillip Peter Pilon, Law Office of
Phelan, Noland and Steve Landis, Law Office
of Chrystel Galvin and Marzell Richardson
Judge of Will County Circuit Court**

   **Defendant(s)**

## AMENDED
## COMPLAINT

---

Comes Now Plaintiff, Joseph L. Pinson for a complaint against Defendants Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Ryan Mark Bruemmer, Phillip Pilon, Law Office of Phelan, Nolan, and Steve Landis, Law Office of Chrystel Galvin and Marzell Richardson Judge of Will County Circuit Court States as follows:

## JURISDICTION AND VENUE

---

1.    This Court has original jurisdiction over Count I pursuant to 28 U.S.C~1331, 1337. The action arises under 42 U.S.C.~1983 and the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States.

2.    This Court has supplemental jurisdiction over Count II pursuant to 28 U>S>C~1367. Court II arises under the Equal Protection Clause of the Illinois Constitution.

3.    Venue is pursuant to 28 U.S.C~~1391 as all of the events occurred within the Northern District of Illinois

## PARTIES

4.    Plaintiff Joseph L. Pinson, resides within this judicial district.

5.    Defendant(s) Will County States Attorney Office (under formal Jeff Tomzacah) is located within this judicial district.

6.    Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Ryan Mark Bruemmer, Phillip Pilon, Law Office of Phelan, Nolan, and Steve Landis, Law Office of Chrystel Galvin and Marzell Richardson(Judge of the Will County Courts), is all located in the judicial district

### Facts Common to All Counts

7.    The Will County States Attorney Office ( under formal Jeff Tomzah), thru 18 differents assistant prosecutors, knowingly, maliciously and willfully violation the civil rights of the Fourth and Fourteenth Amendment of the constitution of the United States , persisted in malicious prosecution of case 03 DT366 and 03TR 25099-106 with the knowlege of perjury, sworned affidavits for the Shorwood Police Department and fabricated.

8.    That the States Attorney Office continued to issue warrants on Case 03DT 366 that were dismiss on April 21, 2004 and that on January 29, 2007 was falsely arrested on two warrants.

9.    That the States Attorney Office and the court, has issued false OP petition violation of Joseph Pinson, solely owned private property at 1106 Geneva St. Shorewood, Illinois 60431 and falsely arrested

10.    The States Attorney Office and Court on August 13, 2004 denied Joseph L. Pinson to change his guilty plea, after the instruction of Judge Marzell Richardson on April 21, 2004 of a 30 day filing notice to change a plea, to not guilty and to have a jury trial. Also on August 13, 2004, Judge Richardson order was changed from guilty plea to vacate guilty plea, also preventing the case to be tried by a jury.

11.    On June 18, 2007 Petition the Court on the motion file, to reiew case 03DT366 and 03TR25099-106 that was dismiss on April 21, 2004 Judge Burnett denied the motion, inaddiction to a revision to the guilty plea, preventing a trial by jury.

12.    On July 16, 2007 The Court Chief Justice, denied the motion for a jury trial.

13.    The Shorewood Police Department, has committed a numerous of breaking and entering

dangerous, drawing and pointing their service revolver at his head.

14. The Shorewood Police Department, has contantly committed civil right violations, submitted perjury sworned affidivits of traffic violation and elevated felong charges to the States Attorney, that their own video tapes cannot support the charges.

15. The witness Ryan Mark Bruemmer, with the assistance of the Shorewood Police submitted perjury sworned affidavits on March 16, 2003 the next day to the police department. When in fact Joseph Pinson, was westbound on Blackroad to Shorewood drive.

16. The witness Phillip Peter Pilon, perjury sworned affidavits, with the assistance of the Shorewood Police, never witness a stop on Rt. 52 and Earl Road and the Shorewood Police video cannot support his claims of events.

17. Mitchell, Bolden, and Amy Melton Law Firm was hired to represent Joseph L. Pinson, on Case 03T366 had knowledge of the sworned perjury documents from Shorewood Police and never disclosed any material documents to Joseph Pinson during the duration of the pre-trial proceeding for the entire year of the trial. On May 10, 2007 Eric Mitchell turned over the document. Joseph L. Pinson was never inform, that two cases was being trial at the same time without his knowledge.

18. Phelan, Nolan, and Steve Landis, was hired to represent Joseph L. Pinson on July 3, 2004 on the same case 03DT366 , after Judge Richardson denied the right to a jury trial on August 13, 2004 didn't filed an appeal on the judge decision. Also Steve Landis was knowledgeable of the case in 2003 while working as a assistant presecutor inwhich his name is in the dockets. Steve Landis didn't informed me of the police documents.

19. Attorney Ghyrstel Galvin, worked with the Village of Shorewood Prosecutor for a conviction on Case 04TR022965, inwhich Joseph Pinson was not operating his vehicle on March 2, 2004 and did not follow thru persuing any witness on his behalf to clear Joseph Pinson of perjury charges by the Shorewood Police Department. Attorney Galvin, was hired March 8, 2004 the pre-trail began March 18, 2004 thru August 8, 2005. Attorney Galvin did not have the police report as of February 21, 2005, also Attorney Galvin had worked for the States Prosecutor office in 2000 and prosecutor against Joseph Pinson on a false OP charge that the sitting judge dismiss. On July 16, 2007 Attorney Galvin, threaten Joseph Pinson with crimmal trespass for asking for his case files. inwhich she has in her possession as of to date.

## COUNT I-VIOLATION OF 42 U.S.C.~1983

Plaintiff: Joseph L. Pinson , incorporated the facts alleged in paragraph 1 to 19 herein

20. Defendants are acting under the color of state law.

21. Defendants have treated Plaintiff differently for other similarly situated individuals

22. There is no rational basis for the Defendents' differential treatment of Plaintiff and/or the Defendants' treatment of Plaintiff is motivated by total illegitmat animus.

23. Defendants' conduct has deprived Plaintiff of equal protection of the laws in violation of the Fourteenth and Fourth Amendment of the United States Constitution.

24. Defendants' conduct was the direct, proximate, and foreseeable cause of the injuries and consequential damages to Plaintiff.

WHEREFORE, Plaintiff, Joseph L. Pinson, prays for judgement in his favor against Defendants Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton. Law Office of Phelan, Nolan, and Steve Landis, Law of Chyrstel Galvin,Ryan Mark Bruemmer, Phillip Peter Pilon and Marzell Richardson Judge of Will County Circuit Court,granting the following relief:

(a) compensatory damages  loss earned income total 625,000 dollars from 2003 to 2008, force sell of real estates 289,000 dollars, 600 hours of communities service at 35.00 hrs. for a total of 21,000 dollars, 6,975 dollars in attorneys fees, 1,700 dollars court fines, 500.00 evaluation cost, a 1996 dodge rams pick-up truck value at 12,000 dollars, 108 pcs of 2 x 4x8 lumber at 500.00 dollars and 2 stationary cellular telephone value at 1180.00 dollar each purchase in 1985. (Shorewood Police illegal truck seizure) total $950,680 dollars. The Plaintiff, Joseph L. Pinson, prays that this honorable court grant compensatory damages in an amount in excess of the minimum required for the jurisdiction.

(b) punitive damages
(c) reinstatement of driver lincense per Secretaty of State
(d) such other and further relief as this court deems just and proper.

## COUNT II- ILLINOIS CONSTITUTIONAL CLAINS

Plaintiff: Joseph L. Pinson, incorporates the facts alleged in paragraphs 1 to 19 herein.

25. Defendants' conduct has deprived Plaintiff of equal protection of the laws in violation of the Article 1, Section 2 of the Illinois Constitution.

WHEREFORE, Plaintiff, Joseph L. Pinson, prays for judgement in his favor against Defendants' Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Law Office of Phelan, Nolan and Steve Landis, Law Office of Chyrstel Galvin, Ryan Mark Bruemmer, Phillip Peter Pilon and Marzell Richardson Judge of Will County Circuit Court, granting the following relief:

(a) compensatory damages

(b)  punitive damages;

(c)  such other and further relief as this Court deems just and proper.

Joseph L. Pinson
11819 South Emerald Av.
Chicago, Illinois 60628



## PAY STATEMENT

( PAY END DATE ) 12-21-03    ( PAY DATE ) 12-24-2003

**W.J. CHESTER, LLC**
1331 F STREET NW, STE 300
WASHINGTON DC 20006

PAY
TO THE
ORDER OF    Joseph Johnson
P.O. Box 3356
Cotter, IL 60634

| Identification | | Hrs/Units | Amount | YTD | Deductions | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | | | | | | | | |
| Regular EV | 33.00 | 32.00 | 1,056.00 | 6,138.00 | FICA Tax | 106.39 | 683.50 | | | |
| Overtime EV | 49.50 | 6.50 | 321.75 | 2,400.75 | Fed Tax | 272.60 | 1,841.93 | | | |
| Holiday EV | | | | 396.00 | State Tax | 41.13 | 268.96 | | | |
| Vacation | | | | | Medicare | 937.76 | 937.76 | | | |
| Sick | | | | | Union Du | 20.67 | 134.02 | | | |
| Holiday | | | | | | | | | | |
| P | | | | | | | | | | |

Social Security No. 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    Marital / Dep. S - 0

Message

| YTD TAXABLE WAGES | | Earnings | Deductions |
|---|---|---|---|
| Federal | 8,934.75 | THIS PAY | |
| OASDI | 8,934.75 | 1,377.75 | 439.99 |
| Medicare | 8,934.75 | NET PAY | |
| State | 8,934.75 | 937.76 | |

DIRECT DEPOSIT — NON-NEGOTIABLE

DATE  12-24-2003
AMOUNT  $937.76

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JOSEPH L. PINSON,                       )
                                        )
                    Plaintiff,          )
v.                                      )        NO. 08 L 50227
                                        )
ILLINOIS DEPARTMENT OF EMPLOYMENT       )
SECURITY, DIRECTOR OF ILLINOIS          )
DEPARTMENT OF EMPLOYMENT SECURITY,      )
BOARD OF REVIEW, and AARP               )
FOUNDATION c/o UC EXPRESS,              )
                    Defendants.         )

## ORDER

This matter comes before this Court for a hearing on the state defendants' motion to dismiss for lack of subject matter jurisdiction, all parties having been sent notice, the Court being fully advised in the premises and having jurisdiction over this matter,

### IT IS HEREBY ORDERED THAT:

1) The state defendants' motion to dismiss for lack of subject matter jurisdiction is granted.

2) Plaintiff's complaint is hereby dismissed with prejudice.

LISA MADIGAN
ATTORNEY GENERAL
STATE OF ILLINOIS
Name Marilyn S. Rzasa, Asst. Atty. Gen.
Attorney for State Defendants
Address 33 South State St. - Room 992
City    Chicago, Illinois 60603
Telephone (312) 793-6944
Attorney #99002

Assoc. Judge Elmer Tolmaire, III

APR 22 2008

Circuit Court - 1918

ENTER: _____
                    Judge

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# LOW INCOME HOME ENERGY ASSISTANCE PROGRAM (LIHEAP)

To contact the Energy Assistance Hotline: (Toll Free) 1-800-252-8643    To report LIHEAP fraud or abuse: (Toll Free) 1-866-814-1113

**Agency Name:** Community and Economic Development Association of Cook County, Inc.

**Intake Site:** 502 Chicago South Community Development Corp

**County:** Chicago    **Application Date:** 11/20/2007    **Service Requested:** Heating

| | | | | | |
|---|---|---|---|---|---|
| ☑ | 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 | Joseph | L | Pinson | M | 09/07/1947 | African American | | | |

**Dwelling Type:** Single Family

**Ownership:** Rent    ☑ FoodStamps

**Monthly Rent:** $ 450

**City:** Chicago    **Zip:** 60628-5803

**County:** Chicago

**Phone:** (773)790-6341    **Phone2:**

**City:** Chicago    **Zip:** 60628-5803

11819 S Emerald Ave

11819 S Emerald Ave

| Household Incomes | | | $0 | $0 | $0 |
| Household SS Numbers | ☑ | 11/20/2007 | $0 | $0 | $0 |
| Primary Energy Bill | ☑ | 11/20/2007 | $0 | $0 | $0 |
| Zero Income Affidavit | ☑ | 11/20/2007 | $0 | $0 | $0 |

| | | |
|---|---|---|
| ☐ Weatherization | ☐ Alt Kids | ☐ Life Line |
| ☐ SSI | ☐ Nutrition | ☐ Home/Health |
| ☐ Circuit Breaker | ☐ I-Save Rx | ☐ HomeStead |
| ☐ Energy Conservation/Saving Tips | | ☐ Exemption |
| ☐ Other | | |
| ☐ Link-Up | | |

☑ **Client Pays**
☐ **Medical Cert.**
**COR:** Joseph L Pinson
**Fuel:** Natural Gas
**Vend:** Peoples Gas, Light, and Coke Company
**Acct #:** 4500048856330
**Status:** Connected
☑ **Verified**

**IMPORTANT NOTICE:** This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Low Income Home Energy Assistance Act of 1981 as amended. Disclosure of this information is REQUIRED. Failure to provide any information will result in this application not being processed. This application has been approved by the State Forms Management Center.

**APPLICANT STATEMENT.** I CERTIFY THAT THE INFORMATION I HAVE PROVIDED ABOVE IS AN ACCURATE AND COMPLETE DISCLOSURE OF THE REQUESTED INFORMATION. I AUTHORIZE THIS AGENCY TO VERIFY THE INFORMATION AND TO CONTACT MY UTILITY/FUEL SUPPLIER, LANDLORD AND/OR OTHER SOURCES FOR VERIFICATION OR ADDITIONAL INFORMATION AND TO EXCHANGE INFORMATION CONTAINED IN OR OTHERWISE USED REGARDING MY APPLICATION AND PARTICIPATION IN LIHEAP. I HAVE RECEIVED INFORMATION OUTLINING MY APPEAL RIGHTS. I UNDERSTAND THAT FILLING OUT THIS APPLICATION DOES NOT GUARANTEE THAT MY HOUSEHOLD WILL RECEIVE ASSISTANCE. THE PURPOSE OF THIS DOCUMENT IS TO PROVIDE A SUMMARY OF THE APPLICATION TO THE CLIENT FOR FUTURE REFERENCE.

_Signature of Applicant_    _11-20-07_ Date

_Signature of Intake Worker_    _11-20-07_ Date

_Eligibility Verification / Determination Signature_    _____ Date

_Payment Authorization Signature_    _____ Date

**STATE OF ILLINOIS**
### DEPARTMENT OF EMPLOYMENT SECURITY
*CLAIMANT NOTICE OF POSSIBLE INELIGIBILITY*                    3456
*AVISO AL RECLAMANTE DE UNA POSIBLE INELEGIBILIDAD*

| SOCIAL SECURITY NUMBER | | DATE | LO.NO. |
|---|---|---|---|
| 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 0 | JOSEPH L. PINSON<br>121 ST LOUIS RD #5<br>COLLINSVILLE, IL    62234 | 03-03-2006 | 50 |

A QUESTION REGARDING YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE HAS BEEN RAISED FOR:

WEEK(S) ENDING                    EXPLANATION

02-18-2006          YOU HAVE BEEN FOUND INELIGIBLE FOR BENEFITS.
02-25-2006          REFER TO YOUR ADJUDICATOR'S DETERMINATION FOR THE ISSUE
AND SECTION OF THE ILLINOIS UNEMPLOYMENT INSURANCE ACT
APPLICABLE TO YOUR CASE.  IF YOU WISH TO APPEAL THIS
DECISION AND HAVE NOT ALREADY DONE SO, CONTACT YOUR
LOCAL OFFICE.

BATCH IDENTIFIERS: 03-01-2006    7777777   BYE 02/14/2006 OCC CDE   UNION

Remember, you must continue certifying for benefits while you are appealing any denial of benefits.

If you are a mail filer and no certification form is enclosed, you must report to your local office as soon as possible in order to continue certifying for benefits.

If you are a telephone filer, continue to call TELE - SERVE to certify for benefits.

Este aviso es para avisarle que se esta haciendo una investigacion para determinar su elegibilidad para el seguro por desempleo.  Sus beneficios pueden ser suspendidos, terminados o devueltos en base a lo indicado arriba.  Para aclarar este asunto, haga el favor de presentarse a esta oficina para una entrevista en la fecha y la hora indicada arriba.  Una traduccion de este aviso puede obtenerse en Espanol en dicha oficina, incluyendo una declaracion de sus derachos como reclamante durante esta investigacion.  Recuerde, si se le han negado los beneficios, usted debe de continuar certificando mientras este apelando su caso.

UI(ILL) XLF070 (REV. 07/97)                    READ ENCLOSED FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS



**State of Illinois**
**Department of Human Services**

INSTRUCTIONS TO CLIENT

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City IL 62040-4616

| | |
|---|---|
| Local Office Stamp | |
| November 8, 2005 | |
| Date | |
| 8-065-07-154007 | |
| Case Number | |
| Jo'Elle Parker | |
| Caseworker | |

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL     62234-2427

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below. If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 264. For persons using a teletypewriter, call 875-1902 .

**IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER. IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.**

( )   Please call your caseworker at _____ by _____.

(✗)   Please come to the office on November 17, 2005   at   3:30 pm   .
      Ask to speak to your caseworker.

      ___   Bring your completed TANF Redetermination Form for a face-to-face interview.
      ___   Bring your completed AABD Redetermination Form.
      ✓    Bring your completed Food Stamp Application Form.
      ___   We need to review your TANF Responsibility and Services Plan (RSP)
      ___   Other: _____

( )   Please mail copies of the documents checked below, or bring the documents into the office by _____ . **Do not mail original documents.**

      ___   Current rent receipt.
      ___   Utility bills.
      ___   All life and health insurance policies and premium books, receipts or ID cards.
      ___   Proof of income or money from any source other than welfare.
      ___   Proof of all checking and savings accounts.
      ___   Records of all stocks, bonds, trust funds, and safety deposit boxes.
      ___   Social Security card(s). IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY
            FOR ONE. If you need help in applying, call your caseworker.
      ___   Proof of current address of preschool children, such as statement from your landlord,
            a medical clinic, or Form 2540 completed by a non-relative.
      ___   Proof of ownership of all vehicles and amounts owed.
      ___   Proof of tuition, scholarship, and expenses for student(s).
      ___   Proof of property you own including deeds, tax bills, and mortgage contracts.
      ___   Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses
            including health insurance premiums.
      ___   Your completed Medical Redetermination Form
      ___   Your completed AABD Redetermination Form
      ___   Other:

**If you receive cash, please read the following**

You can receive medical benefits even if you don't receive cash. To receive medical benefits, you may not have to do as many things, or provide as much information. If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) SF



**State of Illinois**
**Department of Human Services**

**1(PERMANENT)**

## ACTION TAKEN ON YOUR FOOD STAMP CASE/NOTICE OF EXPIRATION OF CERTIFICATION PERIOD

Date of Notice: __December 5, 2005__     **Case Number:**     __8-065-07-154007__

Si Ud. desea, el Departamento traducira las porciones de esta notificacion que no estan en Espanol. Si Ud. desea tal traduccion, comuniquese con su oficina local y marque esta casilla y presentela en su oficina local.

[    ] Yo deseo una traduccion de este formulario.

Family Community Resource Center
Madison/Granite City County
925 Madison Ave.

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL          62234-2421

Granite City  IL 62040-4616
Local Office Stamp
Local Office Phone     __(618)877-9200__

*Ext. 276*

The marked box(es) inform(s) you of the action taken on your food stamp case.

**APPROVED - expedited certification with postponed verification(s).**
You will receive _____ in food stamp benefits which covers the dates _____ through _____
Because you needed these benefits right away, we postponed asking you for the following information: _____
_____
However, you must provide this information or be certified under normal processing standards before any further benefits will be issued.

**APPROVED - all other certifications.**
[X] You will receive food stamp benefits to cover the month(s) of __Jan-2006__ through __Jun-2006__ .
     You will receive  __$152__ _____ for the first month.
[X] You will receive  __$152__ _____ for each remaining month unless you are notified of a different amount.
[ ] Your benefits for the first month are in a lower amount because they are prorated to cover _____
     through _____                                                                          (date of application)
     The amount you receive will be lower if your benefits are being reduced to repay a prior overpayment.
[ ] **See reverse side for notice of expiration of certification period.**
[ ] At a later date you will be sent information on continuation of your food stamps after the above months.

**DENIED - (PM/WAG 17-03, 17-04 and 19-03)**
[ ] Your application has been denied because:          [ ] You are disqualified from participating in the Food
                                                             Stamp Program for a period of _____ days from _____
_____                                                                                          (date)
If you have an application pending for cash assistance, Interim Assistance, GA, or Supplemental Security Income (SSI) and you are later approved to receive either Temporary Assistance for Needy Families (TANF) or SSI, contact the local office listed on this notice; you may then be eligible for food stamps.

If your application was denied for failure to submit verifications or for failure to appear for two scheduled interviews, your initial application for food stamps may be reopened any time within sixty (60) days of the date you originally applied. A new application will not be required.

**PENDING - (PM/WAG 17-03)**
Your application is still being processed at this time.
In order to determine if you are eligible for food stamps, we still need the following information: _____

If you mail or bring it in by _____ , you won't have to reapply.

If you don't agree with our decision, you may ask for a fair hearing at any time within 90 days from the Date of Notice. You will then have the chance to explain your disagreement to a local office worker and later to a hearing officer. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

To request a fair hearing or learn more about fair hearings, contact the local office listed on this notice. If you prefer, the office can give or send you an appeal form and can help you fill it out.

To apply for free legal assistance about your legal rights, consult your local directory for the number of the nearest legal services office:

(a)     In the city of Chicago--Legal Assistance Foundation of Chicago - (312)341-1070;
(b)     In Cook County, outside the City of Chicago--Cook County Legal Assistance Foundation, Inc.;
(c)     In Northern Illinois--Prairie State Legal Services or West Central Illinois Legal Assistance;
(d)     In Southern Illinois--Land of Lincoln Legal Assistance Foundation, Inc.

*8:30 - 10:00*

IL444-0360A (N-7-98)   SF                              (SPANISH VERSION AVAILABLE)

# NOTICE OF EXPIRATION OF FOOD STAMP CERTIFICATION PERIOD

**YOUR HOUSEHOLD'S FOOD STAMP CERTIFICATION PERIOD WILL EXPIRE:**_____

                                                                                    **(Month)        (Day)            (Year)**

**\* You will not get food stamps after this date unless you or a member of your household completes a new application and is interviewed again.**

**If you receive AABD cash or medical, you do not have to come to the local office to complete the application process. We will contact you by mail or telephone. We may ask you about the information you give us on your application.**

We have set your interview for:_____. If you are not present for any interview that we scheduled for you, it is your responsibility to ask for another interview appointment. If your age or health makes it impossible for you to come in for the interview, and you are unable to find someone to come in for you, we will make other arrangements for your interview. Please call us at:_____

When you get the application, you do not have to complete the entire form right away. We will accept your application if it is signed and contains a legible name and address; however, we must have a completed application before benefits can be issued. If you can't mail or bring in the application, someone else can do it for you.

**YOU MUST FILE A NEW APPLICATION BY**_____ **IN ORDER TO CONTINUE TO RECEIVE FOOD STAMP BENEFITS WITHOUT A BREAK. You must also come in for any interview we set for you on or after the above date. In addition, you must provide within ten (10) days of the date of request any information or verification we ask you to provide. If you do not do all of these things, your application will be denied. If you request an interview or provide the required information or verification within 30 days from the date you filed your recertification application, we will reopen your application. You will not need to complete a new application.**

If all members of your household are now receiving **Supplemental Security Income (SSI)** or plan to apply for SSI, you may reapply for food stamp benefits at the Social Security office instead of filing your application at the local office listed on the front side of this notice for recertification processing.

If you do not agree with the action taken on your recertification application, you may ask for a **fair hearing** at any time within ninety (90) days of the date the action is taken. You will then have the chance to explain your disagreement. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

Your case _____

---

INSTRUCTIONS FOR LOCAL OFFICE STAFF:

Complete this form in duplicate; give or send the original to the household and file a copy in the case record.

Complete both sides of the form if a notice of food stamp expiration is required at the time of notice of eligibility.

When using the form as a notice of expiration, complete the identifying information at the top of the reverse side of this form, checking the midpage box "See reverse side..." and complete this side of the form.

When completing this side, the month, day and year to be entered in the first line is the last day of the month of the household's certification period. Local office staff is not required to set an interview date for recertification, but all other blanks must be completed.



**State of Illinois**
**Department of Human Services**

INSTRUCTIONS TO CLIENT

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City IL 62040-4616

| | |
|---|---|
| Local Office Stamp | |
| November 10, 2005 | |
| Date | |
| 8-065-07-154007 | |
| Case Number | |
| Jo'Elle Parker | |
| Caseworker | |

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL          62234-2427

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below. If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 284 ___
For persons using a teletypewriter, call 875-1902

IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER. IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.

( )    Please call your caseworker at _____ by _____.

(✗)    Please come to the office on November 21, 2005 at 3:30 pm .
       Ask to speak to your caseworker.

   __    Bring your completed TANF Redetermination Form for a face-to-face interview.
   __    Bring your completed AABD Redetermination Form.
   ✓    Bring your completed Food Stamp Application Form.
   __    We need to review your TANF Responsibility and Services Plan (RSP)
   ✓    Other: THIS IS A RESCHEDULED APPOINTMENT. I WILL NOT BE AVAILABLE ON 11/17/05.

( )    Please mail copies of the documents checked below, or bring the documents into the office by _____. Do not mail original documents.

   __    Current rent receipt.
   __    Utility bills.
   __    All life and health insurance policies and premium books, receipts or ID cards.
   __    Proof of income or money from any source other than welfare.
   __    Proof of all checking and savings accounts.
   __    Records of all stocks, bonds, trust funds, and safety deposit boxes.
   __    Social Security card(s). IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY
      FOR ONE. If you need help in applying, call your caseworker.
   __    Proof of current address of preschool children, such as statement from your landlord,
      a medical clinic, or Form 2540 completed by a non-relative.
   __    Proof of ownership of all vehicles and amounts owed.
   __    Proof of tuition, scholarship, and expenses for student(s).
   __    Proof of property you own including deeds, tax bills, and mortgage contracts.
   __    Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses
      including health insurance premiums.
   __    Your completed Medical Redetermination Form
   __    Your completed AABD Redetermination Form
   __    Other:

If you receive cash, please read the following

You can receive medical benefits even if you don't receive cash. To receive medical benefits, you may not have to do as many things, or provide as much information. If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) SF

# HOMELESS MANAGEMENT INFORMATION SYSTEM

## Client Consent--Release of Information

The Homeless Management Information System (HMIS) serves the Madison County Continuum of Care, a group of partner agencies working together to provide services to homeless and low-income individuals and families in Madison County, Illinois.

The information that is collected in the HMIS database is protected by limiting access to the database and by limiting with whom the information may be shared, in compliance with the standards set forth in the Health Insurance Portability and Accountability Act (HIPAA). Every person and agency that is authorized to read or enter information into the database has signed an agreement to maintain the security and confidentiality of the information. Any person or agency that is found to violate their agreement may have their access rights terminated and may be subject to further penalties.

### BY SIGNING THIS FORM, I AUTHORIZE THE FOLLOWING:

I authorize the partner agencies and their representatives to share the following information regarding my family and me. I understand that this information is for the purpose of assessing our needs for housing, utility assistance, food, counseling and/or other services.

The information may consist of the following:

- My financial situation, to include the amount of my income, and any savings of money and/or food stamps I may have. This information may also include debts I owe for utilities, rent, etc.
- Identifying and/or historical information regarding myself and members of my household.

### I UNDERSTAND THAT:

- Information I give concerning physical or mental health problems will <u>not</u> be shared with other partner agencies in any way that identifies me.
- The partner agencies have signed agreements to treat my information in a professional and confidential manner. I have the right to view the client confidentiality policies used by the HMIS.
- Staff members of the partner agencies who will see my information have signed agreements to maintain confidentiality regarding my information.
- The partner agencies may share non-identifying information about the people they serve with other parties working to end homelessness.
- The release of my information does not guarantee that I will receive assistance, and my refusal to authorize the use of my information does not disqualify me from receiving assistance.
- This authorization will remain in effect for twelve months unless I revoke it in writing, and I may revoke authorization at any time by signing a written statement available at any partner agency.
- If I revoke my authorization, all information about me already in the database will remain, but will become invisible to all of the partner agencies.
- I have the right to request information about who has accessed my information.

Partner Agencies: A list of the partner agencies within the Madison County Continuum of Care may be viewed prior to signing this form.

| | | |
|---|---|---|
| _(signature)_ | Joseph L. Pinson | 6/23/05 |
| Client Name (please print) | Client Signature | Date |
| Judy Moody | Judy Moody | 6/23/05 |
| Agency Personnel Name (please print) | Agency Personnel Signature | Date |

This form may not be amended except by the HMIS Steering Committee. Proposals for changes may be sent to lmmersinger@co.madison.il.us.

HMIS Rev. 05/08/04



**State of Illinois**
**Department of Human Services**

INSTRUCTIONS TO CLIENT

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City IL 62040-4616

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL          62234-2427

Local Office Stamp
January 30, 2006
Date
8-065-07-154007
Case Number
JO ELLE PARKER
Caseworker

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below. If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 276 . For persons using a teletypewriter, call 875-1902 .

**IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER. IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.**

( )   Please call your caseworker at _____ by _____.

( )   Please come to the office on _____ at _____.
       Ask to speak to your caseworker.

—       Bring your completed TANF Redetermination Form for a face-to-face interview.
—       Bring your completed AABD Redetermination Form.
—       Bring your completed Food Stamp Application Form.
—       We need to review your TANF Responsibility and Services Plan (RSP)
—       Other: _____

(x)   Please mail copies of the documents checked below, or bring the documents into the office by February 9, 2006 . **Do not mail original documents.**

—       Current rent receipt.
—       Utility bills.
—       All life and health insurance policies and premium books, receipts or ID cards.
—       Proof of income or money from any source other than welfare.
—       Proof of all checking and savings accounts.
—       Records of all stocks, bonds, trust funds, and safety deposit boxes.
—       Social Security card(s). IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY FOR ONE. If you need help in applying, call your caseworker.
—       Proof of current address of preschool children, such as statement from your landlord, a medical clinic, or Form 2540 completed by a non-relative.
—       Proof of ownership of all vehicles and amounts owed.
—       Proof of tuition, scholarship, and expenses for student(s).
—       Proof of property you own including deeds, tax bills, and mortgage contracts.
—       Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses including health insurance premiums.
—       Your completed Medical Redetermination Form
—       Your completed AABD Redetermination Form
✓       Other: The information that you sent was not what I needed. I need a rent reciept stating how much you pay in rent. There was nothing in the information that you sent that had a monthly payment amount. Please send it as soon as possible.

**If you receive cash, please read the following**

You can receive medical benefits even if you don't receive cash. To receive medical benefits, you may not have to do as many things, or provide as much information. If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) SF

Pay Date:06/13/05 Check No.:11157   ID No.:1330 GEORGE WENDEL

Dept.:

| INVOICE | DATE | DESCRIPTION | | | | | AMOUNT | DISCOUNT | NET |
|---------|------|-------------|--|--|--|--|--------|----------|-----|
| PINSON | 04/28/2005 | Rent Ast/J Pinson | | | | | 100.00 | 0.00 | 100.00 |
| | | | | | | TOTALS | 100.00 | 0.00 | 100.00 |

Memo:The Salvation Army - Granite City

UNITED WAY OF GREATER ST. LOUIS, INC.

MR. EARL WEDELL          0     06/15/2005     3-47932-13

| Obligation | Description | Invoice | Amount |
|------------|-------------|---------|--------|
| 57606 | RENT/J PINSON, 121 ST LOUIS RD #5 | | 300.00 |
| | *** Total *** | | 300.00 |



nt:$350.00 Member # / Account:1191311 Check #:1004



JEROME H. YOUNG, SR.   10-97
LITITIA PINSON
920 DINA   PH 618-345-9126
COLLINSVILLE, IL 62234

70-7752-2810                    1172

6-4-   20 05

to the
order of   George Kendall   $ 400.00

Four hundred ————————— DOLLARS

SCOTT CREDIT UNION
1100 Beltline Road, Collinsville, IL 62234

for Rent For Joseph Pinson   Lititia Pinson

⑆28107752⑆   1191311⑆ 1172   ⑈0000040000⑈

mt:$400.00 Member # / Account:1191311 Check #:1172

11-15-05

Hello Joe,

I Trust this letter Will Arrive finding You Well. I'm sure You Noticed I'm writing Big. But I Cant See!

God Bless! here is Your Money Honey!

Love,

Isabelle

Received 1500.00 from my friend in California

**DHS**

**State of Illinois**
**Department of Human Services**

**1(PERMANENT)**

## ACTION TAKEN ON YOUR FOOD STAMP CASE/NOTICE OF EXPIRATION OF CERTIFICATION PERIOD

Date of Notice: <u>August 11, 2006</u>    **Case Number:**    <u>8-065-07-154007</u>

Si Ud. desea, el Departamento traducira las secciones de esta notificacion que no estan en Espanol. Si Ud. desea tal traduccion, comuniquese con su oficina local o marque esta cajilla y presentela en su oficina local.

[    ] Yo deseo una traduccion de este formulario.

Family Community Resource Center
Madison/Granite City County
1925 Madison Ave.

JOSEPH PINSON

121 SAINT LOUIS RD APT 5

COLLINSVILLE, IL        62234-2447

Granite City  IL 62040-4616
Local Office Stamp
Local Office Phone    <u>(618)877-9200</u>

The marked box(es) inform(s) you of the action taken on your food stamp case.

**APPROVED - expedited certification with postponed verification(s).**

You will receive _____ in food stamp benefits which covers the dates _____ through _____
Because you needed these benefits right away, we postponed asking you for the following information:

_____

However, you must provide this information or be certified under normal processing standards before any further benefits will be issued.

**APPROVED - all other certifications.**

[X]  You will receive food stamp benefits to cover the month(s) of <u>Sep-2006</u>    through <u>Feb-2007</u>
     You will receive <u>$152</u> _____ for the first month.

[X]  You will receive <u>$152</u> _____ for each remaining month unless you are notified of a different amount.

[  ]  Your benefits for the first month are in a lower amount because they are prorated to cover _____
      through _____                                                     (date of application)
      The amount you receive will be lower if your benefits are being reduced to repay a prior overpayment.

[  ]  **See reverse side for notice of expiration of certification period.**

[  ]  At a later date you will be sent information on continuation of your food stamps after the above months.

**DENIED - (PM/WAG 17-03, 17-04 and 19-03)**

[  ]  Your application has been denied because:

_____

[  ]  You are disqualified from participating in the Food
      Stamp Program for a period of _____ days from _____
                                                                         (date)

If you have an application pending for cash assistance, Interim Assistance, GA, or Supplemental Security Income (SSI) and you are later approved to receive either Temporary Assistance for Needy Families (TANF) or SSI, contact the local office listed on this notice; you may then be eligible for food stamps.

If your application was denied for failure to submit verifications or for failure to appear for two scheduled interviews, your initial application for food stamps may be reopened any time within sixty (60) days of the date you originally applied. A new application will not be required.

**PENDING - (PM/WAG 17-03)**

Your application is still being processed at this time.
In order to determine if you are eligible for food stamps, we still need the following information: _____

If you mail or bring it in by _____ , you won't have to reapply.

If you don't agree with our decision, you may ask for a fair hearing at any time within 90 days from the Date of Notice. You will then have the chance to explain your disagreement to a local office worker and later to a hearing officer. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

To request a fair hearing or learn more about fair hearings, contact the local office listed on this notice. If you prefer, the office can give or send you an appeal form and can help you fill it out.

To apply for free legal assistance about your legal rights, consult your local directory for the number of the nearest legal services office:

(a)   In the city of Chicago--Legal Assistance Foundation of Chicago - (312)341-1070;
(b)   In Cook County, outside the City of Chicago--Cook County Legal Assistance Foundation, Inc.;
(c)   In Northern Illinois--Prairie State Legal Services or West Central Illinois Legal Assistance;
(d)   In Southern Illinois--Land of Lincoln Legal Assistance Foundation, Inc.

IL444-0360A (N-7-98)    SF                                        (SPANISH VERSION AVAILABLE)

To whom it may Concern:

I Lititia Pinson Contribute
To Paying my brother rent
$Three hundred and Fifty dollar
A month until he Can seek
employment. Feel Free To Contact
me at 345-9126 IF you have Any
question. or Concern

Sign o Dated
Lititia Pinson
1-21-05



Joseph Pinson