**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph L. Pinson | 08C2284 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Will County States Attorney | Amended S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ryan Mark Bruemmer

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 21510 Nadia Drive Joliet, IL 60431

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bus. #. No. (815) 791-3240
Hm. No. (815) 744-3132

**F I L E D**
Aug 5, 2008
AUG 05 2008 RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

Joseph L. Pinson

TELEPHONE NUMBER   06-28-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 7/10 | No. 24 | No. 24 | | 06-25-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service | Time |
| NOT SERVED | | 7/8/08 | 10:00 pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  ADDRESS DOES NOT EXIST!

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Joseph L. Pinson

CASE NUMBER: 1:08-cv-02284

Vs.                                                JUDGE: Kendall

Ryan Mark Bruemmer

TO: Ryan Mark Bruemmer

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628
773-821-8651
PRO SE

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: _TIANA DAVIS_____

Dated: June 24, 2008                    Tiana Davis, Deputy Clerk

RECEIVED
2008 JUL -1 PM 3:29
UNITED STATES MARSHAL
NORTHERN DIST. OF IL.
ADMINISTRATIVE-SECTION

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served:_____

_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]  Returned unexecuted:_____

[ ]  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                          Signature of Server

                                      _____
                                        Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2284 | **DATE** | 6/23/2008 |
| **CASE TITLE** | PINSON vs. WILL COUNTY STATES ATTORNEY | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to reinstate this case is granted. Plaintiff's oral motions for leave to file an amended complaint and for leave to proceed in forma pauperis are granted. The Clerk of Court is directed to issue summons and complaints to the U.S. Marshal for service forthwith. Plaintiff is directed to submit completed USM 285 forms (directions for service) to the U.S. Marshal by July 14, 2008.

Docketing to mail notices.

00:10

RECEIVED
UNITED STATES MARSHAL
2008 JUL -1  PM 3:26
NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JUN 24 2008

| | Courtroom Deputy Initials: | JS |
|---|---|---|

08C2284 PINSON vs. WILL COUNTY STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

)
)
)                    **Case No. 08 C 2284**
)

Joseph L. Pinson                )

    **Plaintiff(S)**                )
    **VS**                )

        **F I L E D**

)
)
)

Will County States Attorney Office, Law
Office of Mitchell, Bolden, and Amy Melton,
Shorewood Police Department, Ryan Mark
Bruemmer, Phillip Peter Pilon, Law Office of
Phelan, Noland and Steve Landis, Law Office
of Chrystel Galvin and Marzell Richardson
Judge of Will County Circuit Court

    **Defendant(s)**

**JUN 2 3 2008**
6-23-2008
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

*AMENDED*
## COMPLAINT

Comes Now Plaintiff, Joseph L. Pinson for a complaint against Defendants Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Ryan Mark Bruemmer, Phillip Pilon, Law Office of Phelan, Nolan, and Steve Landis, Law Office of Chrystel Galvin and Marzell Richardson Judge of Will County Circuit Court States as follows:

## JURISDICTION AND VENUE

1.    This Court has original jurisdiction over Count I pursuant to 28 U.S.C~1331, 1337. The action arises under 42 U.S.C.~1983 and the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States.

2.    This Court has supplemental jurisdiction over Count II pursuant to 28 U>S>C~1367. Court II arises under the Equal Protection Clause of the Illinois Constitution.

3.    Venue is pursuant to 28 U.S.C~1391 as all of the events occurred within the Northern District of Illinois

## PARTIES

4.    Plaintiff Joseph L. Pinson, resides within this judicial district.

5.    Defendant(s) Will County States Attorney Office (under formal Jeff Tomzzah) is located within this judicial district.

6.    Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Ryan Mark Bruemmer, Phillip Pilon, Law Office of Phelan, Nolan, and Steve Landis, Law Office of Chrystel Galvin and Marzell Richardson(Judge of the Will County Courts), is all located in the judicial district

### Facts Common to All Counts

7.    The Will County States Attorney Office ( under formal Jeff Tomzah), thru 18 differents assistant prosecutors, knowingly, maliciously and willfully violation the civil rights of the Fourth and Fourteenth Amendment of the constitution of the United States , persisted in malicious prosecution of case 03 DT366 and 03TR 25099-106 with the knowlege of perjury, sworned affidavits for the Shorwood Police Department and fabricated.

8.    That the States Attorney Office continued to issue warrants on Case 03DT 366 that were dismiss on April 21, 2004 and that on January 29, 2007 was falsely arrested on two warrants.

9.    That the States Attorney Office and the court, has issued false OP petition violation of Joseph Pinson, solely owned private property at 1106 Geneva St. Shorewood, Illinois 60431 and falsely arrested

10.    The States Attorney Office and Court on August 13, 2004 denied Joseph L. Pinson to change his guilty plea, after the instruction of Judge Marzell Richardson on April 21, 2004 of a 30 day filing notice to change a plea, to not guilty and to have a jury trial. Also on August 13, 2004, Judge Richardson order was changed from guilty plea to vacate guilty plea, also preventing the case to be tried by a jury.

11.    On June 18, 2007 Petition the Court on the motion file, to reiew case 03DT366 and 03TR25099-106 that was dismiss on April 21, 2004 Judge Burnett denied the motion, inaddiction to a revision to the guilty plea, preventing a trial by jury.

12.    On July 16, 2007 The Court Chief Justice, denied the motion for a jury trial.

13.    The Shorewood Police Department, has committed a numerous of breaking and entering

dangerous, drawing and pointing their service revolver at his head.

14.  The Shorewood Police Department, has contantly committed civil right violations, submitted perjury sworned affidivits of traffic violation and elevated felong charges to the States Attorney, that their own video tapes cannot support the charges.

15.  The witness Ryan Mark Bruemmer, with the assistance of the Shorewood Police submitted perjury sworned affidavits on March 16, 2003 the next day to the police department. When in fact Joseph Pinson, was westbound on Blackroad to Shorewood drive.

16.  The witness Phillip Peter Pilon, perjury sworned affidavits, with the assistance of the Shorewood Police, never witness a stop on Rt. 52 and Earl Road and the Shorewood Police video cannot support his claims of events.

17.  Mitchell, Bolden, and Amy Melton Law Firm was hired to represent Joseph L. Pinson, on Case 03T366 had knowledge of the sworned perjury documents from Shorewood Police and never disclosed any material documents to Joseph Pinson during the duration of the pre-trial proceeding for the entire year of the trial. On May 10, 2007 Eric Mitchell turned over the document. Joseph L. Pinson was never inform, that two cases was being trial at the same time without his knowledge.

18.  Phelan, Nolan, and Steve Landis, was hired to represent Joseph L. Pinson on July 3, 2004 on the same case 03DT366 , after Judge Richardson denied the right to a jury trial on August 13, 2004 didn't filed an appeal on the judge decision. Also Steve Landis was knowledgeable of the case in 2003 while working as a assistant presecutor inwhich his name is in the dockets. Steve Landis didn't informed me of the police documents.

19. Attorney Ghyrstel Galvin, worked with the Village of Shorewood Prosecuter for a conviction on Case 04TR022965, inwhich Joseph Pinson was not operating his vehicle on March 2, 2004 and did not follow thru persuing any witness on his behalf to clear Joseph Pinson of perjury charges by the Shorewood Police Department.  Attorney Galvin, was hired March 8, 2004 the pre-trail began March 18, 2004 thru August 8, 2005. Attorney Galvin did not have the police report as of February 21, 2005, also Attorney Galvin had worked for the States Prosecuter office in 2000 and prosecutor against Joseph Pinson on a false OP charge that the sitting judge dismiss. On July 16, 2007 Attorney  Galvin, threaten Joseph Pinson with criminal trespass for asking for his case files. inwhich she has in her possession as of to date.

## COUNT I-VIOLATION OF 42 U.S.C.~1983

Plaintiff: Joseph L. Pinson , incorporated the facts alleged in paragraph 1 to 19 herein

20.  Defendants are acting under the color of state law.

21. Defendants have treated Plaintiff differently for other similarly situated individuals

22. There is no rational basis for the Defendants' differential treatment of Plaintiff and/or the Defendants' treatment of Plaintiff is motivated by total illegitimat animus.

23. Defendants' conduct has deprived Plaintiff of equal protection of the laws in violation of the Fourteenth and Fourth Amendment of the United States Constitution.

24. Defendants' conduct was the direct, proximate, and foreseeable cause of the injuries and consequential damages to Plaintiff.

WHEREFORE, Plaintiff, Joseph L. Pinson, prays for judgement in his favor against Defendants Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton. Law Office of Phelan, Nolan, and Steve Landis, Law of Chyrstel Galvin,Ryan Mark Bruemmer, Phillip Peter Pilou and Marsell Richardson Judge of Will County Circuit Court,granting the following relief:

(a)  compensatory damages  loss earned income total 625,000 dollars from 2003 to 2008, force sell of real estates 289,000 dollars, 600 hours of communities service at 35.00 hrs. for a total of 21,000 dollars, 6,975 dollars in attorneys fees, 1,700 dollars court fines, 500.00 evaluation cost, a 1996 dodge rams pick-up truck value at 12,000 dollars, 108 pcs of 2 x 4x8 lumber at 500.00 dollars and 2 stationary cellular telephone value at 1180.00 dollar each purchase in 1985. (Shorewood Police illegal truck seizure) total 5950,680 dollars. The Plaintiff, Joseph L. Pinson, prays that this honorable court grant compensatory damages in an amount in excess of the minimum required for the jurisdiction.
(b)  punitive damages
(c)  reinstatement of driver lincense per Secretary of State
(d)  such other and further relief as this court deems just and proper.

## COUNT II- ILLINOIS CONSTITUTIONAL CLAIMS

Plaintiff: Joseph L. Pinson, incorporates the facts alleged in paragraphs 1 to 19 herein.

25.  Defendants' conduct has deprived Plaintiff of equal protection of the laws in violation of the Article 1, Section 2 of the Illinois Constitution.

WHEREFORE, Plaintiff, Joseph L. Pinson, prays for judgement in his favor against Defendants' Will County States Attorney Office, Shorewood Police Department, Law Office of Mitchell, Bolden and Amy Melton, Law Office of Phelan, Nolan and Steve Landis, Law Office of Chyrstel Galvin, Ryan Mark Bruemmer, Phillip Peter Pilou and Marsell Richardson Judge of Will County Circuit Court, granting the following relief:

(a)  compensatory damages

(b)  punitive damages;

(c)  such other and further relief as this Court deems just and proper.


*Joseph L. Pinson*

Joseph L. Pinson
11819 South Emerald Av.
Chicago, Illinois 60628



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JOSEPH L. PINSON,                     )
                                      )
                Plaintiff,            )
                                      )
v.                                    )     NO. 08 L 50227
                                      )
ILLINOIS DEPARTMENT OF EMPLOYMENT     )
SECURITY, DIRECTOR OF ILLINOIS        )
DEPARTMENT OF EMPLOYMENT SECURITY,    )
BOARD OF REVIEW, and AARP             )
FOUNDATION c/o UC EXPRESS,            )
                Defendants.           )

## ORDER

This matter comes before this Court for a hearing on the state defendants' motion to dismiss for lack of subject matter jurisdiction, all parties having been sent notice, the Court being fully advised in the premises and having jurisdiction over this matter.

IT IS HEREBY ORDERED THAT:

1) The state defendants' motion to dismiss for lack of subject matter jurisdiction is granted.

2) Plaintiff's complaint is hereby dismissed with prejudice.

LISA MADIGAN
ATTORNEY GENERAL
STATE OF ILLINOIS
Name Marilyn S. Rzasa, Asst. Atty. Gen.
Attorney for State Defendants
Address 33 South State St. - Room 992
City    Chicago, Illinois 60603
Telephone (312) 793-6944
Attorney #99002

ENTER:

Assoc. Judge Elizabeth A Tolaczs, Jr
APR 22 2008
Circuit Court - 1818
Judge

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# LOW INCOME HOME ENERGY ASSISTANCE PROGRAM (LIHEAP)

To contact the Energy Assistance Hotline: (Toll Free)  1-800-252-8643          To report LIHEAP fraud or abuse: (Toll Free) 1-866-914-1113

**Agency Name:**   Community and Economic Development Association of Cook County, Inc.

| Intake Site: | 502 Chicago South Community Development Corp |
| County: | Chicago |   **Application Date:** 11/20/2007   **Service Requested:** Heating |

| | 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 | Joseph | L | Pierce | M | 030070847 | African American | | | | |

| | | | | | | | Zero Income Affidavit | ☑ | ☑ | ☑ |

Household Name

Household #2 Members

Primary Energy Bill

**Dwelling Type:** Single Family
**Ownership:** Rent
**Monthly Rent:** $ 450

| City: | Chicago | Zip: | 60628-5803 |
| County: | Chicago |
| Phone: | (773)790-6341   Phone: |

**Client Pays** ☑
**Medical Cert.** ☐
**CORE:** Joseph L Pierce ☐
**Fuel:** Natural Gas ☑
**Vend:** Peoples Gas, Light, and Coke Company
**Acct #:** 45000488330
**Status:** Completed
**Verified** ☑

11619 S Emerald Ave
City:  Chicago   Zip:   60628-5803

| | Shutdown/Arrears | $0 | $0 | $0 |
| | Bill | $0 | $0 | $0 |
| | Credit/Reserve | $0 | $0 | $0 |
| | Energy Conservation/Saving Tips | $0 | $0 | $0 |
| | Other: | $0 | $0 | $0 |

☐ LiHe-Up   ☐ LiHe-Lite
☐ All Kids  ☐ Rehabilitation
☐ Rehabilitation ☐ HomeShield
☐ Energy Conservation/Saving Tips ☐ Exemption

**IMPORTANT NOTICE:** This is an agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Low Income Home Energy Assistance Act of 1981 as amended. Disclosure of this information is REQUIRED. Failure to provide any information will result in this application not being processed. This application has been approved by the State Forms Management Center.

**APPLICANT STATEMENT:** I CERTIFY THAT THE INFORMATION ABOVE IS AN ACCURATE AND COMPLETE DISCLOSURE OF THE REQUESTED INFORMATION. I AUTHORIZE THIS AGENCY TO VERIFY THE INFORMATION AND CONTACT MY UTILITY/FUEL SUPPLIER AND/OR ANDOR OTHER SOURCES FOR VERIFICATION OF ADDITIONAL INFORMATION AND TO EXCHANGE INFORMATION CONTAINED IN OR OTHERWISE USED REGARDING MY APPLICATION AND PARTICIPATION IN LIHEAP. I HAVE RECEIVED INFORMATION OUTLINING MY APPEAL RIGHTS. I UNDERSTAND THAT FILLING OUT THIS APPLICATION DOES NOT GUARANTEE THAT MY HOUSEHOLD WILL RECEIVE ASSISTANCE. THE PURPOSE OF THIS DOCUMENT IS TO PROVIDE A SUMMARY OF THE APPLICATION TO THE CLIENT FOR FUTURE REFERENCE.

Signature of Applicant _____   Date 11-20-07

Signature of Intake Worker _____   Date 11-20-07

Eligibility Verification / Determination Signature _____   Date

Payment Authorization Signature _____   Date

## STATE OF ILLINOIS
### DEPARTMENT OF EMPLOYMENT SECURITY
#### CLAIMANT NOTICE OF POSSIBLE INELIGIBILITY
#### AVISO AL RECLAMANTE DE UNA POSIBLE INELEGIBILIDAD

3456

| SOCIAL SECURITY NUMBER | | DATE | LO.NO. |
|---|---|---|---|
| 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 Q | JOSEPH L. PINSON<br>121 ST LOUIS RD #5<br>COLLINSVILLE, IL   62234 | 03-03-2006 | 50 |

A QUESTION REGARDING YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE HAS BEEN RAISED FOR:

| WEEK(S) ENDING | EXPLANATION |
|---|---|
| 02-18-2006<br>02-25-2006 | YOU HAVE BEEN FOUND INELIGIBLE FOR BENEFITS. REFER TO YOUR ADJUDICATOR'S DETERMINATION FOR THE ISSUE AND SECTION OF THE ILLINOIS UNEMPLOYMENT INSURANCE ACT APPLICABLE TO YOUR CASE.  IF YOU WISH TO APPEAL THIS DECISION AND HAVE NOT ALREADY DONE SO, CONTACT YOUR LOCAL OFFICE. |

BATCH IDENTIFIERS: 03-01-2006   7777777  BYE 02/14/2006 OCC CDE   UNION

Remember, you must continue certifying for benefits while you are appealing any denial of benefits.

If you are a mail filer and no certification form is enclosed, you must report to your local office as soon as possible in order to continue certifying for benefits.

If you are a telephone filer, continue to call TELE - SERVE to certify for benefits.

Este aviso es para avisarle que se esta haciendo una investigacion para determinar su elegibilidad para el seguro por desempleo.  Sus beneficios pueden ser suspendidos, terminados o devueltos en base a lo indicado arriba.  Para aclarar este asunto, haga el favor de presentarse a esta oficina para una entrevista en la fecha y la hora indicada arriba.  Una traduccion de este aviso puede obtenerse en Espanol en dicha oficina, incluyendo una declaracion de sus derechos como reclamante durante esta investigacion.  Recuerde, si se le han negado los beneficios, usted debe de continuar certificando mientras este apelando su caso.

UI(ILL) XLF670 .(REV. 07/97)                    READ ENCLOSED FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS



**State of Illinois**
**Department of Human Services**

**INSTRUCTIONS TO CLIENT**

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City  IL 62040-4616

Local Office Stamp
November 8, 2005
Date
8-066-07-154007
Case Number
Jo'Elle Parker
Caseworker

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL        62234-2427

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below.  If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 288. For persons using a teletypewriter, call  875-1902

IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER.  IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.

( )    Please call your caseworker at _____ by _____.

(✗)    Please come to the office on  November 17, 2005  at  3:30 pm  .
       Ask to speak to your caseworker.

       ___    Bring your completed TANF Redetermination Form for a face-to-face interview.
       ___    Bring your completed AABD Redetermination Form.
       ✓    Bring your completed Food Stamp Application Form.
       ___    We need to review your TANF Responsibility and Services Plan (RSP)
       ___    Other: _____

( )    Please mail copies of the documents checked below, or bring the documents into the office by _____.  Do not mail original documents.

       ___    Current rent receipt.
       ___    Utility bills.
       ___    All life and health insurance policies and premium books, receipts or ID cards.
       ___    Proof of income or money from any source other than welfare.
       ___    Proof of all checking and savings accounts.
       ___    Records of all stocks, bonds, trust funds, and safety deposit boxes.
       ___    Social Security card(s).  IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY FOR ONE.  If you need help in applying, call your caseworker.
       ___    Proof of current address of preschool children, such as statement from your landlord, a medical clinic, or Form 2540 completed by a non-relative.
       ___    Proof of ownership of all vehicles and amounts owed.
       ___    Proof of tuition, scholarship, and expenses for student(s).
       ___    Proof of property you own including deeds, tax bills, and mortgage contracts.
       ___    Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses including health insurance premiums.
       ___    Your completed Medical Redetermination Form
       ___    Your completed AABD Redetermination Form
       ___    Other:

**If you receive cash, please read the following**

You can receive medical benefits even if you don't receive cash.  To receive medical benefits, you may not have to do as many things, or provide as much information.  If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) SF



**State of Illinois**
**Department of Human Services**

**1(PERMANENT)**

## ACTION TAKEN ON YOUR FOOD STAMP CASE/NOTICE OF EXPIRATION OF CERTIFICATION PERIOD

Date of Notice: <u>December 5, 2005</u>    Case Number:   <u>8-065-07-154007</u>

Si Ud. desea, el Departamento traducira las notificacion que no estan en Espanol. Si Ud. desea tal traduccion, comuniquese con su oficina local y marque esta cajita y presentela en su oficina local.

[   ] Yo deseo una traduccion de este formulario.

Family Community Resource Center
Madison/Granite City County
925 Madison Ave.

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL    62234-2421

Granite City IL 62040-4516
Local Office Stamp
Local Office Phone   <u>(618)877-9200</u>

Ext. 276

The marked box(es) inform(s) you of the action taken on your food stamp case.

**APPROVED - expedited certification with postponed verification(s).**

☐ You will receive _____ in food stamp benefits which covers the dates _____ through _____
Because you needed these benefits right away, we postponed asking you for the following information: _____

However, you must provide this information or be certified under normal processing standards before any further benefits will be issued.

**APPROVED - all other certifications.**

☒ You will receive food stamp benefits to cover the month(s) of <u>Jan-2006</u> through <u>Jun-2006</u>.
You will receive <u>$152</u> for the first month.

☒ You will receive <u>$152</u> for each remaining month unless you are notified of a different amount.

☐ Your benefits for the first month are in a lower amount because they are prorated to cover _____
through _____    (date of application)
The amount you receive will be lower if your benefits are being reduced to repay a prior overpayment.

☐ See reverse side for notice of expiration of certification period.

☐ At a later date you will be sent information on continuation of your food stamps after the above months.

**DENIED - (PM/WAG 17-03, 17-04 and 19-03)**

☐ Your application has been denied because: _____

☐ You are disqualified from participating in the Food Stamp Program for a period of _____ days from _____
(date)

If you have an application pending for cash assistance, Interim Assistance, GA, or Supplemental Security Income (SSI) and you are later approved to receive either Temporary Assistance for Needy Families (TANF) or SSI, contact the local office listed on this notice; you may then be eligible for food stamps.

If your application was denied for failure to submit verifications or for failure to appear for two scheduled interviews, your initial application for food stamps may be reopened any time within sixty (60) days of the date you originally applied. A new application will not be required.

**PENDING - (PM/WAG 17-03)**
Your application is still being processed at this time.
In order to determine if you are eligible for food stamps, we still need the following information: _____

If you mail or bring it in by _____ , you won't have to reapply.

If you don't agree with our decision, you may ask for a fair hearing at any time within 90 days from the Date of Notice. You will then have the chance to explain your disagreement to a local office worker and later to a hearing officer. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

To request a fair hearing or learn more about fair hearings, contact the local office listed on this notice. If you prefer, the office can give or send you an appeal form and can help you fill it out.

To apply for free legal assistance about your legal rights, consult your local directory for the number of the nearest legal services office:

(a)   In the city of Chicago—Legal Assistance Foundation of Chicago - (312)341-1070;
(b)   In Cook County, outside the City of Chicago—Cook County Legal Assistance Foundation, Inc.;
(c)   In Northern Illinois—Prairie State Legal Services or West Central Illinois Legal Assistance;
(d)   In Southern Illinois—Land of Lincoln Legal Assistance Foundation, Inc.

8:30 - 10:00

IL444-0360A (N-7-98)    8F        (SPANISH VERSION AVAILABLE)

# NOTICE OF EXPIRATION OF FOOD STAMP CERTIFICATION PERIOD

**YOUR HOUSEHOLD'S FOOD STAMP CERTIFICATION PERIOD WILL EXPIRE:** _____

(Month)    (Day)    (Year)

* You will not get food stamps after this date unless you or a member of your household completes a new application and is interviewed again.

If you receive AABD cash or medical, you do not have to come to the local office to complete the application process. We will contact you by mail or telephone. We may ask you about the information you give us on your application.

We have set your interview for:_____. If you are not present for any interview that we scheduled for you, it is your responsibility to ask for another interview appointment. If your age or health makes it impossible for you to come in for the interview, and you are unable to find someone to come in for you, we will make other arrangements for your interview. Please call us at:_____

When you get the application, you do not have to complete the entire form right away. We will accept your application if it is signed and contains a legible name and address; however, we must have a completed application before benefits can be issued. If you can't mail or bring in the application, someone else can do it for you.

**YOU MUST FILE A NEW APPLICATION BY**_____ **IN ORDER TO CONTINUE TO RECEIVE FOOD STAMP BENEFITS WITHOUT A BREAK.** You must also come in for any interview we set for you on or after the above date. In addition, you must provide within ten (10) days of the date of request any information or verification we ask you to provide. If you do not do all of these things, your application will be denied. If you request an interview or provide the required information or verification within 30 days from the date you filed your recertification application, we will reopen your application. You will not need to complete a new application.

If all members of your household are now receiving Supplemental Security Income (SSI) or plan to apply for SSI, you may reapply for food stamp benefits at the Social Security office instead of filing your application at the local office listed on the front side of this notice for recertification processing.

If you do not agree with the action taken on your recertification application, you may ask for a fair hearing at any time within ninety (90) days of the date the action is taken. You will then have the chance to explain your disagreement. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

---

### INSTRUCTIONS FOR LOCAL OFFICE STAFF:

Complete this form in duplicate; give or send the original to the household and file a copy in the case record.

Complete both sides of the form if a notice of food stamp expiration is required at the time of notice of eligibility.

When using the form as a notice of expiration, complete the identifying information at the top of the reverse side of this form, checking the midpage box "See reverse side..." and complete this side of the form.

When completing this side, the month, day and year to be entered in the first line is the last day of the month of the household's certification period. Local office staff is not required to set an interview date for recertification, but all other blanks must be completed.



**State of Illinois**
**Department of Human Services**

**INSTRUCTIONS TO CLIENT**

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City IL 62040-4616

**JOSEPH PINSON**
**121 SAINT LOUIS RD**
**COLLINSVILLE, IL**   62234-2427

Local Office Stamp
November 10, 2005
Date
8-065-07-154007
Case Number
Jo'Elle Parker
Caseworker

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below. If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 284 901. For persons using a teletypewriter, call 875-1902

**IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER. IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.**

( )   Please call your caseworker at _____ by _____.

(X)   Please come to the office on  November 21, 2005  at  3:30 pm
       Ask to speak to your caseworker.

    —   Bring your completed TANF Redetermination Form for a face-to-face interview.
    —   Bring your completed AABD Redetermination Form.
    ✓   Bring your completed Food Stamp Application Form.
    —   We need to review your TANF Responsibility and Services Plan (RSP)
    ✓   Other: THIS IS A RESCHEDULED APPOINTMENT. I WILL NOT BE AVAILABLE ON 11/17/05.

( )   Please mail copies of the documents checked below, or bring the documents into the office by _____. Do not mail original documents.

    —   Current rent receipt.
    —   Utility bills.
    —   All life and health insurance policies and premium books, receipts or ID cards.
    —   Proof of income or money from any source other than welfare.
    —   Proof of all checking and savings accounts.
    —   Records of all stocks, bonds, trust funds, and safety deposit boxes.
    —   Social Security card(s). IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY FOR ONE. If you need help in applying, call your caseworker.
    —   Proof of current address of preschool children, such as statement from your landlord, a medical clinic, or Form 2640 completed by a non-relative.
    —   Proof of ownership of all vehicles and amounts owed.
    —   Proof of tuition, scholarship, and expenses for student(s).
    —   Proof of property you own including deeds, tax bills, and mortgage contracts.
    —   Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses including health insurance premiums.
    —   Your completed Medical Redetermination Form
    —   Your completed AABD Redetermination Form
    —   Other:

**If you receive cash, please read the following**

You can receive medical benefits even if you don't receive cash. To receive medical benefits, you may not have to do as many things, or provide as much information. If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) af

# HOMELESS MANAGEMENT INFORMATION SYSTEM

## Client Consent--Release of Information

The Homeless Management Information System (HMIS) serves the Madison County Continuum of Care, a group of partner agencies working together to provide services to homeless and low-income individuals and families in Madison County, Illinois.

The information that is collected in the HMIS database is protected by limiting access to the database and by limiting with whom the information may be shared, in compliance with the standards set forth in the Health Insurance Portability and Accountability Act (HIPAA). Every person and agency that is authorized to read or enter information into the database has signed an agreement to maintain the security and confidentiality of the information. Any person or agency that is found to violate their agreement may have their access rights terminated and may be subject to further penalties.

### BY SIGNING THIS FORM, I AUTHORIZE THE FOLLOWING:

I authorize the partner agencies and their representatives to share the following information regarding my family and me. I understand that this information is for the purpose of assessing our needs for housing, utility assistance, food, counseling and/or other services.

The information may consist of the following:

- My financial situation, to include the amount of my income, and any savings of money and/or food stamps I may have. This information may also include debts I owe for utilities, rent, etc.
- Identifying and/or historical information regarding myself and members of my household.

### I UNDERSTAND THAT:

- Information I give concerning physical or mental health problems will not be shared with other partner agencies in any way that identifies me.
- The partner agencies have signed agreements to treat my information in a professional and confidential manner. I have the right to view the client confidentiality policies used by the HMIS.
- Staff members of the partner agencies who will see my information have signed agreements to maintain confidentiality regarding my information.
- The partner agencies may share non-identifying information about the people they serve with other parties working to end homelessness.
- The release of my information does not guarantee that I will receive assistance, and my refusal to authorize the use of my information does not disqualify me from receiving assistance.
- This authorization will remain in effect for twelve months unless I revoke it in writing, and I may revoke authorization at any time by signing a written statement available at any partner agency.
- If I revoke my authorization, all information about me already in the database will remain, but will become invisible to all of the partner agencies.
- I have the right to request information about who has accessed my information.

Partner Agencies: A list of the partner agencies within the Madison County Continuum of Care may be viewed prior to signing this form.

| | | |
|---|---|---|
| _Client Name (please print)_ | _Client Signature_ | 6/23/05 _Date_ |
| Judy Moody _Agency Personnel Name (please print)_ | Judy Moody _Agency Personnel Signature_ | 6/23/05 _Date_ |

This form may not be amended except by the HMIS Steering Committee. Proposals for changes may be sent to lmmeninger@co.madison.il.us.

HMIS Rev. 05/08/04



**State of Illinois**
**Department of Human Services**

**INSTRUCTIONS TO CLIENT**

Family Community Resource Center
Madison/Granite City County

1925 Madison Ave.
Granite City IL 62040-4618

Local Office Stamp
January 30, 2006
Date
8-065-07-154007
Case Number
JO ELLE PARKER
Caseworker

JOSEPH PINSON
121 SAINT LOUIS RD
COLLINSVILLE, IL       62234-2427

Dear Client:

You must call or meet with your caseworker and/or provide certain information requested below. If you have any questions or you need help in obtaining any of the information we have requested, call your caseworker at (618)877-9200 Ext 276. For persons using a teletypewriter, call 875-1902.

**IF YOU NEED TO RESCHEDULE YOUR APPOINTMENT, YOU MUST CALL YOUR CASEWORKER. IF YOU FAIL TO KEEP THIS APPOINTMENT OR FAIL TO PROVIDE THE INFORMATION REQUESTED BELOW, YOUR CASH, FOOD STAMPS, AND/OR MEDICAL ASSISTANCE MAY BE REDUCED OR CANCELED.**

( )    Please call your caseworker at _____ by _____.

( )    Please come to the office on _____ at _____.
       Ask to speak to your caseworker.

    ___    Bring your completed TANF Redetermination Form for a face-to-face interview.
    ___    Bring your completed AABD Redetermination Form.
    ___    Bring your completed Food Stamp Application Form.
    ___    We need to review your TANF Responsibility and Services Plan (RSP)
    ___    Other: _____

(x)    Please mail copies of the documents checked below, or bring the documents into the office by February 9, 2006. Do not mail original documents.

    ___    Current rent receipt.
    ___    Utility bills.
    ___    All life and health insurance policies and premium books, receipts or ID cards.
    ___    Proof of income or money from any source other than welfare.
    ___    Proof of all checking and savings accounts.
    ___    Records of all stocks, bonds, trust funds, and safety deposit boxes.
    ___    Social Security card(s)., IF YOU DO NOT HAVE A SOCIAL SECURITY CARD, YOU MUST APPLY FOR ONE. If you need help in applying, call your caseworker.
    ___    Proof of current address of preschool children, such as statement from your landlord, a medical clinic, or form 2340 completed by a non-relative.
    ___    Proof of ownership of all vehicles and amounts owed.
    ___    Proof of tuition, scholarship, and expenses for student(s).
    ___    Proof of property you own including deeds, tax bills, and mortgage contracts.
    ___    Proof of doctor, hospital and dental bills, prescriptions, and other medical expenses including health insurance premiums.
    ___    Your completed Medical Redetermination Form
    ___    Your completed AABD Redetermination Form
    _✓_    Other: The information that you sent was not what I needed. I need a rent reciept stating how much you pay in rent. There was nothing in the information that you sent that had a monthly payment amount. Please send it as soon as possible.

**If you receive cash, please read the following**

You can receive medical benefits even if you don't receive cash. To receive medical benefits, you may not have to do as many things, or provide as much information. If you no longer want to receive cash, but would like to continue receiving medical, contact your caseworker.

IL444-1721 (R-10-01) BF

Pay Date:06/13/05 Check No.:11157    ID No.:1330 GEORGE WENDEL    Dept:

| INVOICE | DATE | DESCRIPTION | AMOUNT | DISCOUNT | NET |
|---------|------|-------------|--------|----------|-----|
| PINSON | 04/26/2005 | Rent Ast/J Pinson | 100.00 | 0.00 | 100.00 |
| | | TOTALS | 100.00 | 0.00 | 100.00 |

Memo The Salvation Army - Granite City

UNITED WAY OF GREATER ST. LOUIS, INC.

MR. EARL WENDELL    0    06/16/2005    3-479632-13

| Obligation | Description | Invoice | Amount |
|------------|-------------|---------|--------|
| 57608 | RENT/J PINSON, 121 ST LOUIS RD #5 | | 300.00 |
| | --- Total --- | | 300.00 |



JEROME H. YOUNG, SR.
LITITIA PINSON
920 DINA  PH. 618-345-9126
COLLINSVILLE, IL 62234.

1-26-   80 65

to the order of   George Kendall   $ 350.00

Three hundred and Fifty

SCOTT CREDIT UNION
1100 Beltline Road, Collinsville, IL 62234

for DET" S                    Lititia Pinson

C:28 10 77 5 2 2:    11 91 3 11    1004         0000035000

int:$350.00 Member # / Account:1191311 Check #:1004

UNIT 10 CREDIT UNION

01 28 2005

0215274323   0215680709



JEROME H. YOUNG, SR.  10-97
LITTTIA PINSON
920 DINA  PH 618-345-9126
COLLINSVILLE, IL 62234

70-7762-2510                    1172

6-4-  20 05

to the order of  George Kendell          $ 400.00

Four hundred ———————————

SCOTT CREDIT UNION
1100 Beltline Road, Collinsville, IL 62234

for Rent For Jessel Pinson    Littia Pinson

⑈28107752⑈    ⑈1191311⑈ 1172    ⑈00000040000⑈

mt:$400.00 Member # / Account:1191311 Check #:1172

11-15-05

Hello Joe,

I trust this letter
will arrive finding you
well. I'm sure you noticed
I'm writing Big. But I Cant
See!

God Bless ! here is
your money honey !

Love,

Isabelle

Received 1500.00 from my friend in California



**State of Illinois**
**Department of Human Services**

**1(PERMANENT)**

ACTION TAKEN ON YOUR FOOD STAMP CASE/NOTICE OF EXPIRATION OF CERTIFICATION PERIOD

Date of Notice: <u>August 11, 2006</u>          Case Number:     <u>8-065-07-154007</u>

Si Ud. desea, el Departamento traducira las secciones de esta notificacion que no estan en Espanol. Si Ud. desea tal traduccion, comuniquese con su oficina local o marque esta cajilla y presentela en su oficina local.

[   ] Yo deseo una traduccion de este formulario.

Family Community Resource Center
Madison/Granite City County
1925 Madison Ave.

JOSEPH PINSON

121 SAINT LOUIS RD APT 5

COLLINSVILLE, IL          62234-2447

Granite City IL 62040-4616
Local Office Stamp
Local Office Phone     (618)877-9200

The marked box(es) inform(s) you of the action taken on your food stamp case.
**APPROVED - expedited certification with postponed verification(s).**
You will receive _____ in food stamp benefits which covers the dates _____ through _____
Because you needed these benefits right away, we postponed asking you for the following information:

_____
However, you must provide this information or be certified under normal processing standards before any further benefits will be issued.

**APPROVED - all other certifications.**
[X] You will receive food stamp benefits to cover the month(s) of <u>Sep-2006</u>          through <u>Feb-2007</u>          .
[X] You will receive <u>$152</u>          , _____ for the first month.
     You will receive <u>$152</u>          for each remaining month unless you are notified of a different amount.
[  ] Your benefits for the first month are in a lower amount because they are prorated to cover _____
     through _____                                                                    (date of application)
     The amount you receive will be lower if your benefits are being reduced to repay a prior overpayment.
[  ] See reverse side for notice of expiration of certification period.
[  ] At a later date you will be sent information on continuation of your food stamps after the above months.

**DENIED - (PM/WAG 17-03, 17-04 and 19-03)**
[  ] Your application has been denied because:                    [  ] You are disqualified from participating in the Food
                                                                       Stamp Program for a period of _____ days from _____
     _____                                                                    (date)
If you have an application pending for cash assistance, Interim Assistance, GA, or Supplemental Security Income (SSI) and you are later approved to receive either Temporary Assistance for Needy Families (TANF) or SSI, contact the local office listed on this notice; you may then be eligible for food stamps.

If your application was denied for failure to submit verifications or for failure to appear for two scheduled interviews, your initial application for food stamps may be reopened any time within sixty (60) days of the date you originally applied. A new application will not be required.

**PENDING - (PM/WAG 17-03)**
Your application is still being processed at this time.
In order to determine if you are eligible for food stamps, we still need the following information: _____
If you mail or bring it in by _____ , you won't have to reapply.

If you don't agree with our decision, you may ask for a fair hearing at any time within 90 days from the Date of Notice. You will then have the chance to explain your disagreement to a local office worker and later to a hearing officer. You may bring another person to the hearing if you wish, such as a lawyer, relative or friend.

To request a fair hearing or learn more about fair hearings, contact the local office listed on this notice. If you prefer, the office can give or send you an appeal form and can help you fill it out.

To apply for free legal assistance about your legal rights, consult your local directory for the number of the nearest legal services office:

(a)   In the city of Chicago—Legal Assistance Foundation of Chicago - (312)341-1070;
(b)   In Cook County, outside the City of Chicago—Cook County Legal Assistance Foundation, Inc.;
(c)   In Northern Illinois--Prairie State Legal Services or West Central Illinois Legal Assistance;
(d)   In Southern Illinois--Land of Lincoln Legal Assistance Foundation, Inc.

IL444-0360A (N-7-98)   SF                              (SPANISH VERSION AVAILABLE)

To Whom iT mnY Concern:

I Lititia Pinson ContribuTe
To PAYing mY broTher rent
'Three hundred nnd FiFTY dollar
A monTh unTiL he Can seek
employmenT. Feel Free To conTacT
me AT 345-9126 IF You have AnY
QuesTion, or Concern

Sign + DaTed
Lititia Pinson
11-21-05

Joseph Pinson