

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Joseph L. Pinson | COURT CASE NUMBER: 08C2284  08cv2284 |
| DEFENDANT: Will County States Attorney | TYPE OF PROCESS: Amended S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Law Office of Phelan, Nolzna, & Steve Landis PC

**AT** ADDRESS: 211 North Hammes Ave. Joliet, IL 60435

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 606028

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Thomas Phelan office No (815) 727-5100.
Note: Thomas Phelan can provide info: if Steve Landis have relocated.

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF  ☐ DEFENDANT
Joseph L. Pinson
DATE: 06-25-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 5 of 10
District of Origin No. 24
District to Serve No. 24
Date: 06-25-08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served: Tom Phelan, Attorney

Date of Service: 7/28/08   Time: 10 00 am

REMARKS: One service fee charged, same case, see process sheet #4 for charges.

**FILED**
Aug 12, 2008
AUG 12 2008 RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)