## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: **08 C 2284** |
| **Joseph L. Pinson** | **Judge Kendall** |
| **v.** | |
| **Will County State's Attorneys Office, et al.** | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY**

**Defendant: Marzell Richardson**

| |
|---|
| **NAME (Type or print)**<br>Alice E. Keane |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/Alice E. Keane |
| **FIRM**<br>Office of the Illinois Attorney General |
| **STREET ADDRESS**<br>100 W. Randolph Street, 13th Fl. |
| **CITY/STATE/ZIP**<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216333 | TELEPHONE NUMBER<br>(312) 814-3711 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ■ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |