IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH L. PINSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2284 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | Judge Presiding |
| WILL COUNTY STATES ATTORNEY | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT JUDGE RICHARDSON'S MOTION TO DISMISS

Defendant MARZELL RICHARDSON by and through his attorney, LISA MADIGAN, Illinois Attorney General, respectfully requests this Honorable Court dismiss the Plaintiff's Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for failure to state a claim upon which relief may be granted. In support thereof, Defendant states as follows:

1. Defendant is a judge in the Circuit Court of Will County. As the claims brought against him in the Amended Complaint relate to his alleged actions during state court proceedings against Plaintiff, these claims are barred under the doctrine of absolute judicial immunity.

2. Under 42 U.S.C. §1983, the injunctive relief sought by Plaintiff against Defendant of the return of his driver's license is barred as Plaintiff has not claimed that a declaratory decree was violated or that declaratory relief was unavailable.

3. The Court lacks subject matter jurisdiction to review Defendant's rulings in Plaintiff's criminal case in state court under the *Rooker-Feldman* doctrine.

4. Plaintiff's Amended Complaint fails to state a claim against Defendant.

5. Defendant submits herewith a supporting memorandum of law providing in greater detail why the Amended Complaint should be dismissed.

## CONCLUSION

For the foregoing reasons, Defendant Judge Richardson respectfully requests that this Honorable Court dismiss Plaintiff's claims against him in their entirety with prejudice.

                                                Respectfully submitted,

                                                /s/ Alice E. Keane

LISA MADIGAN                             ALICE E. KEANE
Illinois Attorney General                Assistant Attorney General
                                                General Law Bureau
                                                100 W. Randolph Street, 13th Floor
                                                Chicago, Illinois 60601
                                                (312) 814-3711