IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH L. PINSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2284 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | Judge Presiding |
| WILL COUNTY STATES ATTORNEY | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   **Joseph L. Pinson**
      **11819 South Emerald Ave.**
      **Chicago, Illinois 60628**

PLEASE TAKE NOTICE that on August 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or whomever may be sitting in her stead, in Room 2319, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, to present the attached **DEFENDANT JUDGE RICHARDSON'S MOTION TO DISMISS and MEMORANDUM OF LAW IN SUPPORT** thereof, a copy of which is hereby served upon you.

| | |
|---|---|
| LISA MADIGAN | s/ALICE E. KEANE |
| Attorney General of Illinois | ALICE E. KEANE |
| | Assistant Attorney General |
| | General Law Bureau |
| | 100 W. Randolph Street, 13th Floor |
| | Chicago, Illinois 60601 |
| | (312) 814-3711 |

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above named, at the above address by depositing same in the U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601 with proper postage prepaid, and/or by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 15th of August 2008.

                                                                 */s/ Alice E. Keane*
                                                                 Assistant Attorney General