# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JOSEPH L. PINSON,

        Plaintiff,

vs.

WILL COUNTY STATES ATTORNEY OFFICE, et al.

        Defendants.

Case No.: 08 CV 02284

Judge: Kendall

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PHELAN NOLAN & ASSOCIATES, P.C.

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6197596     TELEPHONE NUMBER  312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

2

## CERTIFICATE OF SERVICE

      I, David M. Schultz, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this **15th** day of **August, 2008**.

| | | |
|---|---|---|
| ___ | CM/ECF | Plaintiff (Pro Se) |
| ___ | Facsimile | Joseph L. Pinson |
| ___ | Federal Express | 11819 S. Emerald Ave. |
| _X_ | Mail | Chicago, IL 60628 |
| ___ | Messenger | Telephone No. 773-821-8651 |

| | | |
|---|---|---|
| _X_ | CM/ECF | Attorney for Defendant Marzell Richardson |
| ___ | Facsimile | Alice Elizabeth Keane |
| ___ | Federal Express | Illinois Attorney General's Office |
| ___ | Mail | 100 W. Randolph St., 13th floor |
| ___ | Messenger | Chicago, IL 60601 |
| | | Telephone No. 312-814-4450 |
| | | Facsimile No.  312-814-4425 |
| | | akeane@atg.state.il.us |

                                                        s/ David M. Schultz
                                                        One of the Attorneys for Defendant,
                                                        PHELAN, NOLAN & ASSOCIATES, P.C.

David M. Schultz (Atty. No. 6197596)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com

6351890v1 2866