IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH L. PINSON,            )<br>            )<br>   Plaintiff,   )<br>            )<br>v.          )<br>            )<br>WILL COUNTY STATES ATTORNEY   )<br>OFFICE et al.,   )<br>            )<br>   Defendants.   )<br>            ) | Case No. 08 C 2284<br><br>JUDGE KENDALL |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant, PHELAN, NOLAN & ASSOCIATES, P.C., ("Phelan") by and through its attorneys, David M. Schultz, Matthew R. Henderson and Nabil G. Foster with Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure Rule 6(b) respectfully request this Court to grant Defendant an enlargement of time of twenty eight (28) days, up to and including September 12, 2008, to file its responsive pleading to Plaintiff's Amended Complaint. In support of its motion, Defendant states the following.

1.   This case involves a *pro se* plaintiff alleging ten defendants, including the Will County States Attorney's office and Will County Judge Marzell Richardson, violated 42 U.S.C. § 1983 and the Illinois Constitution. The allegations of the amended complaint are difficult to understand.

2.   Defense counsel was recently retained to defend Phelan in this matter.

3.   Counsel for Phelan requests an additional 28 days to conduct its investigation and prepare a responsive pleading to the Amended Complaint.

4.   The additional time is not meant for purposes of delay or harassment.

WHEREFORE, Defendant, PHELAN, NOLAN & ASSOCIATES, P.C., respectfully

6351881v1 838180 2866

requests this Court grant Defendant leave to file its responsive pleading and grant an enlargement of time of 28 days, up to and including September 12, 2008, to file its responsive pleading to Plaintiff's Amended Complaint.

Date: August 15, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
One of the Attorneys for Defendant,
PHELAN, NOLAN & ASSOCIATES, P.C.

David M. Schultz (Atty. No. 6197596)
Matthew R. Henderson (Atty. No. 6211042 )
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
mhenderson@hinshawlaw.com
nfoster@hinshawlaw.com

6351881v1 838180 2866

## CERTIFICATE OF SERVICE

I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 15th day of August 2008.

| | | |
|---|---|---|
| \_\_\_ | CM/ECF | *Plaintiff (Pro Se)* |
| \_\_\_ | Facsimile | Joseph L. Pinson |
| \_\_\_ | Federal Express | 11819 S. Emerald Ave. |
| _X_ | Mail | Chicago, IL 60628 |
| \_\_\_ | Messenger | Telephone No. 773-821-8651 |

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorney for Defendant Marzell Richardson* |
| \_\_\_ | Facsimile | Alice Elizabeth Keane |
| \_\_\_ | Federal Express | Illinois Attorney General's Office |
| \_\_\_ | Mail | 100 W. Randolph St., 13th floor |
| \_\_\_ | Messenger | Chicago, IL 60601 |
| | | Telephone No. 312-814-4450 |
| | | Facsimile No.  312-814-4425 |
| | | akeane@atg.state.il.us |

s/ Nabil G. Foster
One of the Attorneys for Defendant,
PHELAN, NOLAN & ASSOCIATES, P.C.

David M. Schultz (Atty. No. 6197596)
Matthew R. Henderson (Atty. No. 6211042 )
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
mhenderson@hinshawlaw.com
nfoster@hinshawlaw.com

6351881v1 838180 2866