**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOSEPH L. PINSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2284 |
| | ) | |
| v. | ) | JUDGE KENDALL |
| | ) | |
| WILL COUNTY STATES ATTORNEY OFFICE et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on **WEDNESDAY, AUGUST 20, 2008 AT 9:00 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Virginia Kendall or any Judge sitting in his stead in Courtroom 2319 of the District Court for the Northern District of Illinois, Eastern Division, 219 South South Dearborn Street, Chicago, Illinois, 60604, and then and there present **Defendant's Motion For An Enlargement Of Time To File An Answer Or Otherwise Plead,** a copy of which is served upon you along with this: (1) notice of motion.

Date: August 15, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
One of the Attorneys for Defendant,
PHELAN, NOLAN & ASSOCIATES, P.C.

David M. Schultz (Atty. No. 6197596)
Matthew R. Henderson (Atty. No. 6211042 )
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
              mhenderson@hinshawlaw.com
              nfoster@hinshawlaw.com

6351962v1 2866

**CERTIFICATE OF SERVICE**

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Notice of Defendant's Motion For An Enlargement Of Time To File An Answer Or Otherwise Plead** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 15th day of August 2008.

| | |
|---|---|
| \_\_\_ CM/ECF<br>\_\_\_ Facsimile<br>\_\_\_ Federal Express<br>_X_ Mail<br>\_\_\_ Messenger | *Plaintiff (Pro Se)*<br>Joseph L. Pinson<br>11819 S. Emerald Ave.<br>Chicago, IL 60628<br>Telephone No. 773-821-8651 |
| _X_ CM/ECF<br>\_\_\_ Facsimile<br>\_\_\_ Federal Express<br>\_\_\_ Mail<br>\_\_\_ Messenger | *Attorney for Defendant Marzell Richardson*<br>Alice Elizabeth Keane<br>Illinois Attorney General's Office<br>100 W. Randolph St., 13th floor<br>Chicago, IL 60601<br>Telephone No. 312-814-4450<br>Facsimile No. 312-814-4425<br>akeane@atg.state.il.us |
| | s/ Nabil G. Foster<br>One of the Attorneys for Defendant,<br>PHELAN, NOLAN & ASSOCIATES, P.C. |
| David M. Schultz (Atty. No. 6197596)<br>Matthew R. Henderson (Atty. No. 6211042)<br>Nabil G. Foster (Atty. No. 6273877)<br>Attorneys for Defendant<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>Phone No: (312) 704-3000<br>Fax No: (312) 704-3001<br>E-mail Address: dschultz@hinshawlaw.com<br>                mhenderson@hinshawlaw.com<br>                nfoster@hinshawlaw.com | |