# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 cv 02284

Joseph L. Pinson
    Plaintiff,
v.
Will County States Attorney Office, et al.
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHOREWOOD POLICE DEPARTMENT

| |
|---|
| NAME (Type or print)<br>Sara M. Cliffe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sara M. Cliffe |
| FIRM<br>James G. Sotos and Associates, Ltd. |
| STREET ADDRESS<br>550 E Devon Ave., Suite 150 |
| CITY/STATE/ZIP<br>Itasca, IL 60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06273803 | TELEPHONE NUMBER<br>630-735-3300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF DU PAGE      )

## CERTIFICATE OF SERVICE

    I hereby certify that on Monday, August 18, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Alice Elizabeth Keane, Matthew R. Henderson, David M Schultz, Nabil G. Foster.

    and I further certify that I have mailed via regular U.S. Mail, a copy of the foregoing to the following non-CM/ECF participants on Monday, August 18, 2008:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628

                                                                               s/Sara M. Cliffe
                                                                               Sara M. Cliffe, Attorney No. 06273803
                                                                               JAMES G. SOTOS & ASSOCIATES, LTD.
                                                                               550 East Devon, Suite 150
                                                                               Itasca, Illinois 60143
                                                                               630-735-3300
                                                                              630-773-0980 (fax)
                                                                              scliffe@jsotoslaw.com
                                                                              *One of the Attorneys for*
                                                                              *Defendant Shorewood Police Department*