U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08 cv 02284
Joseph L. Pinson
        Plaintiff,
v.
Will County States Attorney Office, et al.
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHOREWOOD POLICE DEPARTMENT

| | |
|---|---|
| NAME (Type or print) <br> JAMES G. SOTOS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JAMES G. SOTOS | |
| FIRM <br> James G. Sotos and Associates, Ltd. | |
| STREET ADDRESS <br> 550 E Devon Ave., Suite 150 | |
| CITY/STATE/ZIP <br> Itasca, IL 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06191975 | TELEPHONE NUMBER <br> 630-735-3300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |