IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joseph L. Pinson, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Will County States Attorney Office, et al., ) <br> ) <br> Defendant. ) | Case No.     08 cv 02284 <br><br> The Honorable Judge Virginia M. Kendall |

### DEFENDANT SHOREWOOD POLICE DEPARTMENT'S
### MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant SHOREWOOD POLICE DEPARTMENT, by and through its counsel, JAMES G. SOTOS & ASSOCIATES, LTD., hereby requests an additional fourteen (14) days to answer or otherwise respond to Plaintiff's Amended Complaint.

In support of this Motion, Defendant states as follows:

1.  Plaintiff filed his Amended Complaint in the above-captioned matter on June 23, 2008 against several entities, including the SHOREWOOD POLICE DEPARTMENT, alleging a violation of his right to Equal Protection pursuant to 42 U.S.C. § 1983 and the Illinois Constitution.

2.  SHOREWOOD POLICE DEPARTMENT was served with process on July 28, 2008 and it's response to Plaintiff's Amended Complaint is due on or before August 18, 2008.

3.  The law offices of James G. Sotos & Associates, Ltd. was retained to represent the SHOREWOOD POLICE DEPARTMENT in this matter on August 4, 2008.

4. The undersigned has an appointment to meet with her client on Tuesday, August 19, 2008 in order to obtain further information and discuss the allegations raised in the Amended Complaint.

5. Additionally, the undersigned requires additional time to research the legal issues raised in the Amended Complaint in order to prepare an Answer or other response to Plaintiff's Amended Complaint.

6. This is the first extension sought by the SHOREWOOD POLICE DEPARTMENT.

7. On August 13, 2008, the undersigned attempted to contact Plaintiff by telephone and left a message inquiring whether he had any objection to this Motion. On August 14, 2008, Plaintiff left a voicemail message for the undersigned providing a new contact number, but did not indicate if he had any objection. On the same day, the undersigned called the new telephone number and left a message, again requesting a return call indicating whether Plaintiff had any objection to Defendant's Motion for Extension of Time. As of the date of this filing, the undersigned has not received a return call from Plaintiff.

8. This Motion is not brought for improper purposes and no party will suffer prejudice as a result of the granting of this Motion.

Defendant SHOREWOOD POLICE DEPARTMENT respectfully requests that this Honorable Court grant this Motion and enter an Order providing it with an additional fourteen (14) days, up to and including September 2, 2008, to answer or otherwise respond to Plaintiff's Amended Complaint.

Dated:   August 18, 2008

                                            Respectfully submitted,

                                            s/<u>Sara M. Cliffe</u>
                                            Sara M. Cliffe, Attorney No. 06273803
                                            JAMES G. SOTOS & ASSOCIATES, LTD.
                                            550 East Devon, Suite 150
                                            Itasca, Illinois 60143
                                            630-735-3300
                                            630-773-0980 (fax)
                                            scliffe@jsotoslaw.com
                                            *One of the Attorneys for*
                                            *Defendant Shorewood Police Department*

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF DU PAGE     )

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 18, 2008, I electronically filed the foregoing Defendant Shorewood Police Department's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Alice Elizabeth Keane, Matthew R. Henderson, David M Schultz, Nabil G. Foster.

and I further certify that I have mailed via regular U.S. Mail, a copy of the foregoing to the following non-CM/ECF participants on Monday, August 18, 2008:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628

> s/Sara M. Cliffe
> Sara M. Cliffe, Attorney No. 06273803
> JAMES G. SOTOS & ASSOCIATES, LTD.
> 550 East Devon, Suite 150
> Itasca, Illinois 60143
> 630-735-3300
> 630-773-0980 (fax)
> scliffe@jsotoslaw.com
> *One of the Attorneys for*
> *Defendant Shorewood Police Department*