## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Joseph L. Pinson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    08 cv 02284 |
| | ) | |
| Will County States Attorney Office, et al., | ) | The Honorable Judge Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:    See Attached Certificate Of Service**

**PLEASE TAKE NOTICE** that on the 25th day of August 2008, at 9:00 a.m., I shall appear before the Honorable Judge Virginia M. Kendall in the courtroom where she usually presides, Courtroom 2319, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANT SHOREWOOD POLICE DEPARTMENT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is hereby served upon you.

s/Sara M. Cliffe
Sara M. Cliffe, Attorney No. 06273803
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
scliffe@jsotoslaw.com
*One of the Attorneys for*
*Defendant Shorewood Police Department*

STATE OF ILLINOIS      )
                           ) SS.
COUNTY OF DU PAGE   )

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 18, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Alice Elizabeth Keane, Matthew R. Henderson, David M Schultz, Nabil G. Foster.

and I further certify that I have mailed via regular U.S. Mail, a copy of the foregoing to the following non-CM/ECF participants on Monday, August 18, 2008:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628

s/Sara M. Cliffe
    Sara M. Cliffe, Attorney No. 06273803
    JAMES G. SOTOS & ASSOCIATES, LTD.
    550 East Devon, Suite 150
    Itasca, Illinois 60143
    630-735-3300
    630-773-0980 (fax)
    scliffe@jsotoslaw.com
    *One of the Attorneys for*
    *Defendant Shorewood Police Department*

## Service List

**PINSON et al., v. WILL COUNTY STATES ATTORNEY OFFICE, et al.**
Case Number: 08 cv 2284
Our Case No: 08-2057


*Attorney for Defendant Marzell Richardson*

**Alice Elizabeth Keane**
Illinois Attorney General's Office
100 W. Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-4450
Fax: (312) 814-4425
Email: akeane@atg.state.il.us


*Attorney for Defendant Phelan Nolan & Associates, P.C.*

**Matthew R. Henderson**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: mhenderson@hinshawlaw.com
*LEAD ATTORNEY*


**David M Schultz**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: dschultz@hinshawlaw.com


**Nabil G. Foster**
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
Fax: (312) 7704-3001
Email: nfoster@hinshawlaw.com

**Plaintiff:**

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628
773-785-5510
**PRO SE**