**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joseph L. Pinson
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−02284
                                    Honorable Virginia M. Kendall

Will County States Attorney Office, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 21, 2008:


    MINUTE entry before the Honorable Virginia M. Kendall:Defendant Richardson's motion to dismiss[21] is taken under advisement. Response is to be filed by 9/9/2008. Reply is due by 9/16/2008. Court will rule by mail. Defendant Shorewood Police Department's motion for an extension of time to 9/2/2008 to answer or otherwise plead to the amended complaint is granted.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.