IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joseph L. Pinson
PLAINTIFF

CASE NO. 08 C 2284

VS.

Will County States Attorney Office, et Al., DEFENDANT

**FILED**

AUG 2 2 2008 TC
Aug 22. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

TO: United States District Court
219 So. Dearborn St.
Chicago, IL. 60604

On August 26, 2008, at 9:00 a.m./ p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall in Courtroom 2313 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Memorandum of Law in Support to Vacate Defendant Judge Richardson's Motion To Dismiss

Name Joseph L. Pinson Pro Se
Address 11019 So. Emerald AV
City / Zip Chicago, Illinois 60628
Telephone (773) 821-8651

**PROOF OF SERVICE**

I, the undersigned (plaintiff / defendant), certify that on the 22 day of August, 2008, I served a copy of this notice to each person whom it is directed by way of Fax

_Joseph L. Pinson_
SIGNATURE / CERTIFICATION

08/22/08
DATE