IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Joseph L. Pinson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    08 cv 02284 |
| | ) | |
| Will County States Attorney Office, et al., | ) | The Honorable Judge Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    See Attached Certificate Of Service

**PLEASE TAKE NOTICE** that on the 8th day of September 2008, at 9:00 a.m., I shall appear before the Honorable Judge Virginia M. Kendall in the courtroom where she usually presides, Courtroom 2319, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANT SHOREWOOD POLICE DEPARTMENT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6),** a copy of which is hereby served upon you.

s/Sara M. Cliffe
Sara M. Cliffe, Attorney No. 06273803
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
scliffe@jsotoslaw.com
*One of the Attorneys for*
*Defendant Shorewood Police Department*

STATE OF ILLINOIS )
) SS.
COUNTY OF DU PAGE )

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 2, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Alice Elizabeth Keane, Matthew R. Henderson, David M Schultz, Nabil G. Foster.

and I further certify that I have mailed via Fed Ex, a copy of the foregoing to the following non-CM/ECF participants on Tuesday, September 2, 2008:

Joseph L. Pinson
11819 S. Emerald Avenue
Chicago, IL 60628

s/Sara M. Cliffe
Sara M. Cliffe, Attorney No. 06273803
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
scliffe@jsotoslaw.com
*One of the Attorneys for*
*Defendant Shorewood Police Department*