IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

Joseph L. Pinson                                    Case No. 08-cv-02284

Plaintiff,

v.

Will County States Attorney's Office                Designated: Magistrate Judge

NOTICE OF APPEAL

FILED
OCT 19 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The United States District Court
Northern District of Illinois
219 South Dearborn Avenue
Chicago, Illinois 60604

    Whereas Plaintiff, Joseph L. Pinson v. Will County States Atttorney's Office Et. Al. is asking on this 19th day of October, 2009 this Honorable Designated Magistrate Judge pursuant to Local Rule 72 under 28 U.S.C. 636(c). to review Case No. 08-cv-02284 in its entirety under the principles of the equitable tolling apply under 28 U.S.C. 2255 and hear an oral agruments applying to untimely filings.

*/s/ Joseph L. Pinson*

Joseph L. Pinson
11918 South Emerald Av.
Chicago, Illinois 60628
773-423-6848
e-mail josephpinson@yahoo.com

PROOF OF SERVICE

I, the undersigned (plaintiff/defendant), certify that on the 19 day of October 2009 I, served a copy of the notice to each person whom it is directed by way of certified US Postal Service, Fax or CM/ECF.